# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**ROY HARNESS, ET AL.**                                                          **PLAINTIFFS**

**VS.**                                              **CIVIL ACTION NO. 3:17cv791-DPJ-FKB**

**DELBERT HOSEMANN, SECRETARY OF**
**STATE OF MISSISSIPPI**                                                          **DEFENDANT**
_____

## SECRETARY HOSEMANN'S MOTION FOR CONSOLIDATION
_____

Defendant Delbert Hosemann, Secretary of State of Mississippi, moves the Court to consolidate this lawsuit with *Hopkins, et al. v. Hosemann*, Civil Action No. 3:18cv188-CWR-LRA for all purposes, pursuant to Federal Rule 42(a) and Local Rule 42, and states:

1.   On September 28, 2017, the plaintiffs filed this lawsuit challenging Mississippi's felon disenfranchisement laws seeking declaratory and injunctive relief against Secretary Hosemann. [Dkt. 1].

2.   On March 26, 2018, the plaintiffs moved unopposed for leave to file an amended complaint. [Dkt. 17]. On April 5, 2018, the plaintiffs filed their amended complaint. [Dkt. 19].

3.   On March 27, 2018, a separate group of plaintiffs filed a separate lawsuit styled *Hopkins, et al. v. Hosemann*, Civil Action No. 3:18cv188-CWR-LRA in this District and Division. Like this suit, the *Hopkins* lawsuit challenges Mississippi's felon disenfranchisement laws and seeks declaratory and injunctive relief against Secretary Hosemann.

4.   This lawsuit and the *Hopkins* suit are in virtually the same procedural

posture, share common questions of fact and law, and consolidating the cases would avoid unnecessary costs and delay. Those and all other factors favoring consolidation under Federal Rule 42(a) and Local Rule 42 are satisfied.

5. Secretary Hosemann's motion is premised on the foregoing, as well as his supporting memorandum of authorities filed contemporaneously with his motion, and the following exhibits affixed hereto: Exhibit A (*Hopkins v. Hosemann* Complaint); Exhibit B (*Hopkins v. Hosemann* Civil Cover Sheet); Exhibit C (March 27, 2018 SPLC Press Release); and Exhibit D (March 27, 2018 Clarion-Ledger Article).

6. Pursuant to Local Rule 7(b)(10), undersigned counsel has spoken with counsel for plaintiffs in this action and understands the plaintiffs oppose Secretary Hosemann's requested relief.

FOR THESE REASONS, and those set forth in his supporting memorandum of authorities filed contemporaneously with his motion, Secretary Hoseman respectfully requests an order consolidating *Hopkins, et al. v. Hosemann*; Civil Action No. 3:18cv188-CWR-LRA with this lawsuit for all purposes pursuant to Federal Rule 42(a) and Local Rule 42.

THIS the 5th day of April, 2018.

                                        Respectfully submitted,

                                        DELBERT HOSEMANN,
                                        SECRETARY OF STATE OF MISSISSIPPI

                         BY:    JIM HOOD, ATTORNEY GENERAL

                         By:    S/Justin L. Matheny
                                  Justin L. Matheny (Bar No. 100754)
                                  Office of the Attorney General
                                  P.O. Box 220

Jackson, MS 39205
Telephone: (601) 359-3680
Facsimile: (601) 359-2003
jmath@ago.state.ms.us

*Counsel for Defendant Delbert Hosemann,
Secretary of State of Mississippi*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been electronically filed via the Court's ECF system and thereby served on all counsel of record who have entered their appearance in this action to date. I further certify the foregoing document has been filed electronically via the Court's ECF system in *Hopkins, et al. v. Hosemann*, USSD Civil Action No. 3:18cv188-CWR-LRA, under cover of a Notice of Filing, and thereby served on all counsel of record who have entered their appearance in that action.

THIS the 5th day of April, 2018.

S/Justin L. Matheny
Justin L. Matheny