**EXHIBIT 3**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ROY HARNESS, ET AL.                                     PLAINTIFFS

VS.                          CIVIL ACTION NO. 3:17cv791-DPJ-FKB

DELBERT HOSEMANN, SECRETARY OF
STATE OF MISSISSIPPI                                    DEFENDANT

*consolidated with*

DENNIS HOPKINS, ET AL.                                  PLAINTIFFS

VS.

SECRETARY OF STATE DELBERT
HOSEMANN, in his official capacity                      DEFENDANT

---

**SECRETARY HOSEMANN'S EXPERT WITNESS DESIGNATION**

---

Pursuant to Fed. R. Civ. P. 26 and L.U. Civ. 26(a)(2), as a supplement to his prior

disclosures and responses to discovery served in this consolidated matter, and within the

deadline provided in the Court's current Case Management Order, Defendant Delbert

Hosemann, Secretary of State of Mississippi (Secretary Hosemann), hereby designates

the following person as an expert witness who may be called to testify at the trial of this

matter, to the extent the testimony which may be provided constitutes opinion

testimony requiring disclosure under Rule 26 and Local Rule 26(a)(2):

C. Rick Moore
Office of the Attorney General
550 High Street, Suite 1200
Jackson, MS 39201
(601) 359-3680

Mr. Moore is expected to testify regarding data provided by the Mississippi

Administrative Office of Courts (AOC) and produced by the *Harness* plaintiffs' counsel in discovery in these consolidated cases on or about July 11, 2018.  Mr. Moore's summaries and analyses of the AOC data, and any opinions, as well as the factual bases for them, set forth in his report affixed hereto as Exhibit "1."  Mr. Moore's report contains a description of his qualifications, the facts and data considered, and all other information required to be disclosed by Rule 26(a)(2)(B).  Mr. Moore reserves the right to rely on further facts and data made known to him through discovery, depositions, or at trial of this matter, and to supplement his opinion(s) as necessary.

Secretary Hosemann reserves the right to rely on Mr. Moore's summaries and analyses as fact witness testimony, and to supplement this designation as may be necessary.

THIS the 31st day of August, 2018.

Respectfully submitted,

SECRETARY OF STATE DELBERT HOSEMANN

By:   JIM HOOD, ATTORNEY GENERAL

By:   _____

Justin L. Matheny (Bar No. 100754)
Office of the Attorney General
P.O. Box 220
Jackson, MS 39205
Telephone: (601) 359-3680
Facsimile: (601) 359-2003
jmath@ago.state.ms.us

*Counsel for Secretary of State Delbert Hosemann*

-2-

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served on the following persons via U.S. Mail, properly addressed and postage prepaid:

Robert B. McDuff
767 North Congress Street
Jackson, MS 39202

Fred L. Banks, Jr.
Phelps Dunbar LLP
P.O. Box 16114
Jackson, MS 39236-6114

Armand Derfner
575 King Street, Suite B
Charleston, SC 29403

Jody E. Owens, II
Paloma Wu
Southern Poverty Law Center
111 East Capitol Street, Suite 280
Jackson, MS 39201

Lisa Graybill
1055 St. Charles Ave.
New Orleans, LA 70130

Beth L. Orlansky
Jeremy Eisler
P.O. Box 1023
Jackson, MS 39205-1023

David M. Lipman
5915 Ponce de Leon Blvd.
Suite 44
Coral Gables, FL 33146

Jonathan K. Youngwood
Janet A. Gochman
Nihara K. Choudhri
Issac Rethy
Tyler A. Anger
Simpson Thacher & Bartlett, LLP
425 Lexington Ave.
New York, NY 10017

THIS the 31st day of August, 2018.

_____
Justin L. Matheny

**C. Rick Moore**
**IT Director – Office of the Mississippi Attorney General**
**550 High Street, Suite 1200**
**Jackson, MS 39201**
**(601) 359-3680**

**Report – July 31, 2018 – Harness v. Hosemann/Hopkins v. Hosemann; USSD No. 3:17cv791**

I am currently the Information Technology Director at the Office of the Mississippi Attorney General.  I have worked for the Attorney General's Office for the past 24 years, and held my current position for the past 15 years.  My general job duties include, but are not limited to, oversight of the Office's day-to-day information technology services, computer support services, and network security.  I earned a Bachelor of Science degree in Computer Science from Mississippi College in 1988.  I am proficient, through training and experience, in the use of Microsoft Excel software.

I have not published any academic articles within the past ten years.  I have not testified, or been designated as an expert, in a case in the past four years.  I am not being compensated for my work in conjunction with the Harness/Hopkins matter outside of my ordinary state service compensation.

**Summary/Analysis of Mississippi Administrative Office of Courts (AOC) Dataset on Criminal Dispositions 1994-2017**

The purpose of this summary/analysis is to estimate the total number and demographic information of individuals convicted of crimes in Mississippi courts from 1994 to 2017, within certain parameters requested by counsel, based upon data obtained through AOC and as described below.  My analysis follows similar methodology described in the report of Matthew A. Williams and dated May 22, 2018, a copy of which was provided to me by counsel.  The summary/analysis contains two parts.  Part one relates to the AOC data regarding individuals convicted of felonies which I understand disqualify the individuals from serving as Mississippi electors.  Part two relates to the AOC data regarding individuals convicted of certain felonies which I understand are not considered disqualifying felonies.

<u>Part One</u>

**Methodology**

<u>Data Source</u>

An excel spreadsheet was made available to me by counsel.  I understand the spreadsheet was obtained from counsel for the Harness plaintiffs through discovery, produced in July 2018.  I further understand the spreadsheet includes data from AOC which includes criminal dispositions in Mississippi courts from 1994-2017, and the data was used in conjunction with Mr. Williams' May 22, 2018 report and a subsequent report of a Mr. Rothman produced by counsel for the Hopkins plaintiffs in August 2018.  I further understand the spreadsheet does not contain data from Jefferson Davis County due to different



EXHIBIT
1

formatting and the absence of certain data, and results from that county are therefore excluded from this analysis.

<u>Selection of Offense and Disposition Categories</u>

Specific criminal dispositions reflected on Appendix 1 of Mr. Williams' May 22, 2018 report have been used in the selection criteria. Those dispositions are reproduced as Appendix 1 to this report.

Specific offenses asserted as falling within the umbrella of disqualifying crimes were taken from the list reflected on Appendix 2 of Mr. Williams' May 22, 2018 report. Those offenses are reproduced as Appendix 2 to this report.

<u>Filtering Stages</u>

The first filter applied was on column U "Disposition" for the relevant 22 dispositions (See appendix 1). The results of the filter were 409,455 records of the original 690,976. The filtered results were saved to another spreadsheet.

The second filter applied was on column Y, "Name of Sentencing Offense" for the 99 Appendix 2 offense categories. The results of the filter 90,859 were records. No records were found for the following offense categories:

- Bribery: Legislator Accepting/Agreeing to Accept
- Bribery: Participant in Professional/Amateur Game or Athletic Contest
- Bribery/Influencing: Legislator, Capital Murder: of elected official
- Capital Murder: of an elected official
- False Pretenses: Produce Child with Intent to Intercept Inheritance
- False Pretenses: Registering Animals Falsely; Giving False Pedigree
- Forgery: Owning Counterfeit Foreign Coinage (Indictment)
- Murder: Deliberate design to effect death of unborn child
- Murder/Capital Murder: Indictment may include lesser included offense

Individuals without a Date of Birth listed

Any records with Column J, "Date of Birth" that were blank have been removed from the spreadsheet. 3,255 records were removed. 87,604 records remained for analysis.

Creation of a Unique Identifier for De-Duplication

The Excel Concatenate Formula was used to create an unique identifier. Column D "Last Name", Column E "First Name", and Column J "Date of Birth" were used to create a Column K "Unique". An example of the created Unique Identifier would be "COOPERPHIL01/01/2000". After the unique identifier is created, the "Remove Duplicates" filter is used on Column K "Unique". 35,891 duplicates were removed. 51,713 records remained for analysis.

**Part One Results – Statute Groupings**

Using the remaining 51,713 records, I filtered those records by statute and race fields, using the COUNTIF function in excel, and according to statute groupings provided by counsel.  The analysis yielded the following results.

GROUP 1:  MURDER:  2,240 records were pulled using the statute fields described in Appendix 3.  The following results were achieved using the COUNTIF function in excel.

| Black | 1640 | 73.21% |
|-------|------|--------|
| White | 555  | 24.78% |
| Other | 45   | 2.01%  |
| Total | 2240 |        |

GROUP 2:  RAPE:  1,855 records were pulled using the statute fields described in Appendix 4. The following results were achieved using the COUNTIF function in excel.

| Black | 1194 | 64.37% |
|-------|------|--------|
| White | 588  | 31.70% |
| Other | 73   | 3.93%  |
| Total | 1855 |        |

GROUP 3:  BRIBERY:  40 records were pulled using the statute fields described in Appendix 5. The following results were achieved using the COUNTIF function in excel.

| Black | 23 | 57.50% |
|-------|----|--------|
| White | 14 | 35%    |
| Other | 3  | 7.50%  |
| Total | 40 |        |

GROUP 4:  THEFT: 30,885 records were pulled using the statute fields described in Appendix 6. The following results were achieved using the COUNTIF function in excel.

| Black | 19084 | 61.79% |
|-------|-------|--------|
| White | 11026 | 35.70% |
| Other | 775   | 2.51%  |
| Total | 30885 |        |

GROUP 5:  OBTAINING MONEY OR GOODS UNDER FALSE PRETENSE:  5,090 records were pulled using the statute fields described in Appendix 7. The following results were achieved using the COUNTIF function in excel.

| Black | 2716 | 53.36% |
|-------|------|--------|
| White | 2175 | 42.73% |
| Other | 199  | 3.91%  |
| Total | 5090 |        |

GROUP 6:  PERJURY:  116 records were pulled using the statute fields described in Appendix 8. The following results were achieved using the COUNTIF function in excel.

| Black | 82  | 70.69% |
|-------|-----|--------|
| White | 33  | 28.45% |
| Other | 1   | 0.86%  |
| Total | 116 |        |

GROUP 7:  FORGERY:  934 records were pulled using the statute fields described in Appendix 9. The following results were achieved using the COUNTIF function in excel.

| Black | 529 | 56.64% |
|-------|-----|--------|
| White | 379 | 40.58% |
| Other | 26  | 2.78%  |
| Total | 934 |        |

GROUP 8:  EMBEZZLEMENT:  4696 records were pulled using the statute fields described in Appendix 10. The following results were achieved using the COUNTIF function in excel.

| Black | 2367 | 50.40% |
|-------|------|--------|
| White | 2228 | 47.44% |
| Other | 101  | 2.15%  |
| Total | 4696 |        |

GROUP 9:  BIGAMY:  17 records were pulled using statute field 97-29-13. The following results were achieved using the COUNTIF function in excel.

| Black | 8  | 47% |
|-------|----|-----|
| White | 9  | 53% |
| Total | 17 |     |

GROUP 10:  ARSON:  1112 records were pulled using the statute fields described in Appendix 11. The following results were achieved using the COUNTIF function in excel.

| Black | 544 | 48.92% |
|-------|-----|--------|

| White | 536 | 48.20% |
|-------|------|--------|
| Other | 32 | 2.88% |
| Total | 1112 | |

GROUP 11:  SHOPLIFTING: 4233 records were pulled using statute field 97-23-93. The following results were achieved using the COUNTIF function in excel.

| Black | 3185 | 75.24% |
|-------|------|--------|
| White | 951 | 22.47% |
| Other | 97 | 2.29% |
| Total | 4233 | |

[This area left intentionally blank]

**Part Two**

**Methodology**

<u>Data Source</u>

As with my analysis in Part One, an excel spreadsheet was made available to me by counsel. I understand the spreadsheet was obtained from counsel for the Harness plaintiffs through discovery, produced in July 2018. I further understand the spreadsheet includes data from AOC which includes criminal dispositions in Mississippi courts from 1994-2017, and the data was used in conjunction with Mr. Williams' May 22, 2018 report and a subsequent report of a Mr. Rothman produced by counsel for the Hopkins plaintiffs in August 2018. I further understand the spreadsheet does not contain data from Jefferson Davis County due to different formatting and the absence of certain data, and results from that county are therefore excluded from this analysis.

<u>Selection of Offense and Disposition Categories</u>

Specific criminal dispositions reflected on Appendix 1 of Mr. Williams' May 22, 2018 report have been used in the selection criteria. Those dispositions are reproduced as Appendix 1 to this report.

Specific offenses asserted as falling within the umbrella of disqualifying crimes were taken from the list reflected on Appendix 2 of Mr. Williams' May 22, 2018 report. Those offenses are reproduced as Appendix 2 to this report.

<u>Filtering Stages</u>

The first filter applied was on column U "Disposition" for the relevant 22 dispositions (See appendix 1). The results of the filter were 409,455 records of the original 690,976. The filtered results were saved to another spreadsheet. No records were found for the disposition "Expungement of Records".

The second filter applied was on column Y, "Name of Sentencing Offense" for the 99 Appendix 2 offense categories. The filter pulled all offenses "NOT EQUAL TO" Appendix 2. The results of the filter were 318,586 records.

Creation of a Unique Identifier for De-Duplication

The Excel Concatenate Formula was used to create an unique identifier. Column D "Last Name", Column E "First Name", and Column J "Date of Birth" were used to create a Column K "Unique". An example of the created Unique Identifier would be "COOPERPHILO1/01/2000". After the unique identifier is created, the "Remove Duplicates" filter is used on Column K "Unique". 158,719 duplicates were removed. 159,867 records remained for analysis.

Individuals without a Date of Birth listed

Any records with Column J, "Date of Birth" that were blank were removed from the spreadsheet. 6,811 records were removed. 153,056 records remained for analysis.

**Part Two Results – Statute Groupings**

Using the remaining 153,056 records, I filtered those records by statute and race fields, using the COUNTIF function in excel, and then further according to statute groupings provided by counsel, which I understand include felony offenses existing in 1890 which disqualified the offender from serving as a Mississippi elector under state law prior to 1890, but now are no longer disqualifying in present day. The analysis yielded the following results.

The analysis of the total number of the 153,056 records yielded the following results using the COUNTIF function in excel:

| Black | 87003 | 56.84% |
|-------|-------|--------|
| White | 60816 | 39.73% |
| Other | 5237 | 3.42% |
| Total | 153056 | |

The analysis further yielded the following results according to statute groupings provided by counsel:

GROUP 1:  Abduction of Females:  1 record was pulled using statute 97-3-1.

| Black | 1 | 100% |
|-------|---|------|

GROUP 2:  Accessories:  1,802 records were pulled using statutes 97-1-3 and 97-1-5.  The following results were achieved using the COUNTIF function in excel.

| Black | 1180 | 65.48% |
|-------|------|--------|
| White | 576 | 31.96% |
| Other | 46 | 2.55% |
| Total | 1802 | |

GROUP 3:  Adultery and Fornication:  16 records were pulled using statute 97-29-5.

| Black | 8 | 50.00% |
|-------|---|--------|
| White | 6 | 37.50% |
| Other | 2 | 12.50% |
| Total | 16 | |

GROUP 4:  Attempt to Commit Offense:  1,679 records were pulled using statute 97-1-7.  The following results were achieved using the COUNTIF function in excel.

| Black | 962 | 57.30% |
|-------|-----|--------|
| White | 678 | 40.38% |
| Other | 39 | 2.32% |
| Total | 1679 | |

GROUP 5:  Brands or Marks of Animals:  0 records were pulled using statutes 97-29-3 and 97-29-5.

GROUP 6:  Burglary:  24,385 records were pulled using statute fields described in Appendix 12.  The following results were achieved using the COUNTIF function in excel.

| Black | 14098 | 57.81% |
|-------|-------|--------|
| White | 9567 | 39.23% |
| Other | 720 | 2.95% |
| Total | 24385 | |

GROUP 7:  Children:  8 records were pulled using statutes 97-5-1 and 97-5-5.  The following results were achieved using the COUNTIF function in excel.

| Black | 3 | 37.50% |
|-------|---|--------|
| White | 5 | 62.50% |
| Total | 8 | |

GROUP 8:  Dead Bodies:  1 record was pulled using statutes 97-29-19, 97-29-21, and 97-29-23.  Only records were found for statue 97-29-19.

| Black | 1 | 100% |
|-------|---|------|

GROUP 9:  Escape:  644 records were pulled using statute fields described in Appendix 13.  The following results were achieved using the COUNTIF function in excel.

| Black | 393 | 61.02% |
|-------|-----|--------|
| White | 236 | 36.65% |
| Other | 15 | 2.33% |
| Total | 644 | |

GROUP 10:  Gaming:  0 records were pulled using statute 97-33-23.

GROUP 11:  Highways/Railroads:  0 records were pulled using statute 97-25-23.

GROUP 12:  Manslaughter:  1,381 records were pulled using statute fields described in Appendix 14.  The following results were achieved using the COUNTIF function in excel.

| Black | 1032 | 74.73% |
|-------|------|--------|
| White | 314  | 22.74% |
| Other | 35   | 2.53%  |
| Total | 1381 |        |

GROUP 13:  Incest:  2 records were pulled using statutes 97-29-27 and 97-29-29.  There were no records for statute 97-29-29.  NOTE:  Date of Birth field was blank for these two records.

| White | 2 | 100% |
|-------|---|------|

GROUP 14:  Kidnapping:  541 records were pulled using statute 97-3-53.  The following results were achieved using the COUNTIF function in excel.

| Black | 384 | 70.98% |
|-------|-----|--------|
| White | 142 | 26.25% |
| Other | 15  | 2.77%  |
| Total | 541 |        |

GROUP 15:  Levees:  0 records were pulled using statute 97-15-25.

GROUP 16:  Mayhem:  54 records were pulled using statute 97-3-59.  The following results were achieved using the COUNTIF function in excel.

| Black | 37 | 68.52% |
|-------|----|--------|
| White | 15 | 27.78% |
| Other | 2  | 3.70%  |
| Total | 54 |        |

GROUP 17:  Poisoning:  3 records were pulled using statutes 97-3-61 and 97-3-63.  There were no records for statute 97-3-63.

| Black | 2 | 66.67% |
|-------|---|--------|
| White | 1 | 33.33% |
| Total | 3 |        |

GROUP 18:  Timber:  0 records were pulled using statute 97-7-65.

GROUP 19:  Tramps:  0 records were pulled using statute 97-35-35.

GROUP 20:  Treason:  2 records were pulled using statute 97-7-67.

| White | 2 | 100% |
|-------|---|------|

GROUP 21:  Unnatural Intercourse:  11 records were pulled using statute 97-29-59.  The following results were achieved using the COUNTIF function in excel.

| Black | 8 | 72.73% |
|-------|---|--------|
| White | 3 | 27.27% |
| Total | 11 | |

I reserve the right to supplement and/or amend my summary/analysis and this report based upon new information, testimony, or documents of which I learn or obtain after submission of this report.

DATED: August 31, 2018

C. Rick Moore

DECLARATION

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

DATED: August 31, 2018

C. Rick Moore

## Appendix 1 Dispositions

| Disposition |
| --- |
| EXPUNGEMENT OF RECORDS |
| FOUND GUILTY BY VERDICT OF JUDGE/JURY |
| GUILTY PLEA ACCEPTED |
| GUILTY PLEA AFTER COMMENCEMENT |
| HOUSE ARREST/INTENSIVE SUPERVISION |
| INTENSIVE SUPERVISED PROBATION |
| NOLO CONTENDERE |
| PETITION TO REVOKE (RULING ON) |
| PROBATION COMPLETED |
| PROBATION ORDERED, MODIFIED OR CONTINUED |
| REGIMENTED INMATE DISCIPLINE |
| RESENTENCED |
| RESTITUTION |
| REVOCATION OF PROBATION OR SUSPENDED SEN |
| RID REVIEW |
| SENTENCE ENTIRELY SUSPENDED |
| SENTENCED TO DEATH |
| SENTENCED TO INCARCERATION |
| SENTENCED TO LIFE |
| SENTENCED TO TIME SERVED |
| SENTENCING DEFERRED |
| SHOCK PROBATION |

## Appendix 2 Name of Sentencing Offense

**Name of Sentencing Offense**

Arson - Church/School Building (State-Supported)

Arson - Dwelling or Outbuilding

Arson - Insured Property

Arson - Personal Property

Arson - Structure, Not Dwelling or School

Arson - Timber, Woods, Meadow, Marsh

Arson: Attempt, Aid or Induce to Burn (4th Degree)

Bad Checks - Evidence/Presumption of fraudulentIntent (For Indictment)

Bad Checks - Penalties (Sentence)

Bad Checks: Fraudulently Deliver Insufficient Instrument (Indictment)

Bigamy

Bribery of Acting or Prospective Officer, Trustee, Agent

Bribery of Witness to Commit Perjury

Bribery, Commercial: Give/Offer/Accept Value to Influence Action

Bribery, Juror: Acceptance/Offer to Influence Outcome

Bribery: Acceptance by Officer, Agent, Trustee

Bribery: Legislator Accepting/Agreeing to Accept

Bribery: Participant in Professional/Amateur Game or Athletic Contest

Bribery: Rewarded to Compound/Conceal Crime w/Less than Life Penalty

Bribery: Rewarded to Compound/Conceal Crime w/Life/Death Penalty

Bribery/Influencing:  Legislator, Capital Murder: of elected official

Capital Murder

Capital Murder of a peace officer

Capital Murder: by contract

Capital Murder: by individual under sentence of life imprisonment

Capital Murder: by use or detonation of explosive device

Capital Murder: of an elected official

Capital Murder: on educational property

Capital Murder: while engaged in felonious abuse/batter of a child

Capital Murder: with or without design in commission of other felony

Carjacking

Carjacking, Armed: Taking Vehicle by Use of Weapon

Carjacking: Taking Vehicle from One s Possession by Force

Counterfeit/forged documents: Sale/exchange guilty of forgery

Elections: Bribery of Elector or Election Officer

Embezzlement by Agent/Officer/Trustee of Company or Private Individual

Embezzlement or Fraud Committed by Public Official (Penalty)

Embezzlement: Entrusted Public Property/Funds Converted for Own Use

Embezzlement: Fraudulent Accounting by Public Officer (Penalty)

Embezzlement: Money on Deposit; Property in Trust/Received on Contract

Extortion: Collection of Fees for Unrendered Services

Extortion: of Property of another valued at $500 or more

False Pretenses: Fraudulent Representation of Evidence of Debt

| |
|---|
| False Pretenses: Obtain/Deliver Goods Previously Encumbered (Indict.) |
| False Pretenses: Procure Thing of Value by Fraudulent Representation |
| False Pretenses: Produce Child with Intent to Intercept Inheritance |
| False Pretenses: Registering Animals Falsely; Giving False Pedigree |
| Forgery - Penalty (Sentence) |
| Forgery: Counterfeit/Altered Stock Certificates, Security (Indictment) |
| Forgery: Failure of Corporate Officer to Maintain Accurate Accounts |
| Forgery: False Certification of Instrument or Conveyance |
| Forgery: Making/uttering instrument in own name as act of another |
| Forgery: Owning Counterfeit Foreign Coinage (Indictment) |
| Forgery: Owning Counterfeit US Coins (Indictment) |
| Forgery: Possession Counterfeit Bank Notes w/Intention to Utter |
| Forgery: Possession counterfeit gold/silver coins w/intent to utter |
| Forgery: Possession of Counterfeit Printing Plates of Tender |
| Forgery: Signature Purporting to be Agent/Officer of Corporation |
| Grand Larceny |
| Homicide; killing of an unborn quick child; |
| Larceny, Grand: of a church valued at $500 or more |
| Larceny, Grand: of an Individual, Property Valued at $500 or more |
| Larceny, Grand: Vehicle of Another |
| Larceny: Livestock |
| Larceny: Timber |
| Larceny: Under Lease/Rental Agreement |
| Murder |
| Murder/Homicide/Capital Murder (Defined/Indictment) |
| Murder/Homicide/Capital Murder (Penalty) |
| Murder: Deliberate act to effect death |
| Murder: Deliberate design to effect death of unborn child |
| Murder: During commission of dangerous act, without premeditation |
| Murder: During commission of other felony, without premeditation |
| Murder/Capital Murder: Indictment may include lesser included offense |
| Perjury: Defined - Swear to/Testify Falsely Under Oath (Indictment) |
| Perjury: Penalty |
| Perjury: Subornation (Procurement of Witness to Commit Perjury) |
| Pleadings, process & other court papers, licenses, or wr. instruments |
| Rape, statutory: >=18 and < 21 (Sentencing Statues) |
| Rape, Statutory; Sexual Intercourse or Rape of Child under age of 16 |
| Rape/Sexual Intercourse by use of Substance to Render Victim Helpless |
| Rape: Assault w/Intent to Ravish Female of Previous Chaste Character |
| Rape; Carnal Knowledge of Unmarried Person over 14, under 18 |
| Receiving Stolen Property |
| Robbery (Penalty) |
| Robbery, Armed: Use of Deadly Weapon |
| Robbery: Taking Personal Property by Fear/Violence (Indictment) |
| Shoplifting |
| Shoplifting - Aiding/Abetting Minor by Person >=18 |
| Statutory rape >= 13 and < 18 (sentencing statute) |

| |
|---|
| Statutory rape 18 or older (sentencing statute) |
| Statutory rape 21 or older (sentencing statutes) |
| Statutory rape;  person >17 intercourse w/child |
| Statutory rape; perpetrator any age |
| Weapon, Stolen: Possession, Sale, etc. |
| Weapon, Stolen: Possession, Sale, etc. - First offense |
| Weapon, Stolen: Possession, Sale, etc. - Second, etc., Trafficking |
| Weapon, Stolen: Possession, Sale, etc. - Two or more weapons |
| Weapon, Stolen: Used in commission of other crime(s) |

| Appendix 3 Murder Statutes | |
|---|---|
| | |
| **Name of Sentencing Offense** | **Sentencing Code # or Ordinance #** |
| Murder/Homicide/Capital Murder (Defined/Indictment) | 97-3-19 |
| Murder | 97-3-19(1) |
| Murder: Deliberate act to effect death | 97-3-19(1)(a) |
| Murder: During commission of dangerous act, without premedation | 97-3-19(1)(b) |
| Murder: During commission of other felony, without premedation | 97-3-19(1)(c) |
| Capital Murder | 97-3-19(2) |
| Capital Murder of a peace officer | 97-3-19(2)(a) |
| Capital Murder: by use or detonation of explosive device | 97-3-19(2)(c) |
| Capital Murder: by contract | 97-3-19(2)(d) |
| Capital Murder: with or without design in commission of other felony | 97-3-19(2)(e) |
| Capital Murder: while engaged in felonious abuse/batter of a child | 97-3-19(2)(f) |
| Capital Murder: on educational property | 97-3-19(2)(g) |
| Murder/Homicide/Capital Murder (Penalty) | 97-3-21 |
| Homicide; killing of an unborn quick child; | 97-3-37(1) |
| | |
| | |
| **No records were found for the statues listed below:** | |
| Murder: Deliberate design to effect death of unborn child | 97-3-19(1)(d) |
| Capital Murder: by Individual under Sentence of life imprisonment | 97-3-19(2)(b) |
| Capital Murder: of elected offical | 97-3-19(2)(h) |
| Murder/Capital Murder: Indictment may include lesser offense | 973-19(3) |

| Appendix 4 Rape Statutes | |
|---|---|
| | |
| **Name of Sentencing Offense** | **Sentencing Code # or Ordinance #** |
| Rape, Statutory; Sexual Intercourse or Rape of Child under age of 16 | 97-3-65 |
| Statutory rape;  person >17 intercourse w/child | 97-3-65(1)(a) |
| Statutory rape; perpetrator any age | 97-3-65(1)(b) |
| Rape, statutory: >=18 and < 21 (Sentencing Statues) | 97-3-65(3)(a) |
| Statutory rape 21 or older (sentencing statutes) | 97-3-65(3)(b) |
| Statutory rape 18 or older (sentencing statute) | 97-3-65(3)(c) |
| Statutory rape >= 13 and < 18 (sentencing statute) | 97-3-65(3)(d) |
| Rape/Sexual Intercourse by use of Substance to Render Victim Helpless | 97-3-65(4) |
| Rape; Carnal Knowledge of Unmarried Person over 14, under 18 | 97-3-67 |
| Rape: Assault w/Intent to Ravish Female of Previous Chaste Character | 97-3-71 |

| Appendix 5 Bribery Statutes | |
|---|---|
| | |
| **Name of Sentencing Offense** | **Sentencing Code # or Ordinance #** |
| Bribery of Acting or Prospective Officer, Trustee, Agent | 97-11-11 |
| Bribery: Acceptance by Officer, Agent, Trustee | 97-11-13 |
| Elections: Bribery of Elector or Election Officer | 97-13-1 |
| Bribery, Commercial: Give/Offer/Accept Value to Influence Action | 97-9-10 |
| Bribery, Juror: Acceptance/Offer to Influence Outcome | 97-9-5 |
| Bribery of Witness to Commit Perjury | 97-9-65 |
| Bribery: Rewarded to Compound/Conceal Crime w/Life/Death Penalty | 97-9-7 |
| Bribery: Rewarded to Compound/Conceal Crime w/Less than Life Penalty | 97-9-9 |
| | |
| **No records were found for the statues listed below:** | |
| Bribery: Participant in Professional/Amateur Game or Athletic Event | 97-29-17 |
| Bribery/Influencing: Legislator | 97-7-53 |
| Bibery, Commercial: Give/Offer/Accept Value to Influence Action | 97-7-55 |

| Appendix 6 Theft Statutes | |
|---|---|
| | |
| **Name of Sentencing Offense** | **Sentencing Code # or Ordinance #** |
| Extortion: Collection of Fees for Unrendered Services | 97-11-33 |
| Grand Larceny | 97-17-41 |
| Larceny, Grand: of an Individual, Property Valued at $500 or more | 97-17-41(1) |
| Larceny, Grand: of a church valued at $500 or more | 97-17-41(2) |
| Larceny, Grand: Vehicle of Another | 97-17-42 |
| Larceny: Livestock | 97-17-53 |
| Larceny: Timber | 97-17-59 |
| Larceny: Under Lease/Rental Agreement | 97-17-64 |
| Receiving Stolen Property | 97-17-70 |
| Shoplifting - Aiding/Abetting Minor by Person >=18 | 97-23-94 |
| Carjacking | 97-3-117 |
| Carjacking: Taking Vehicle from One s Possession by Force | 97-3-117(1) |
| Carjacking, Armed: Taking Vehicle by Use of Weapon | 97-3-117(2) |
| Robbery: Taking Personal Property by Fear/Violence (Indictment) | 97-3-73 |
| Weapon, Stolen: Possession, Sale, etc. | 97-37-35 |
| Weapon, Stolen: Possession, Sale, etc. - First offense | 97-37-35(3)(a) |
| Weapon, Stolen: Possession, Sale, etc. - Second, etc., Trafficking | 97-37-35(3)(b) |
| Weapon, Stolen: Possession, Sale, etc. - Two or more weapons | 97-37-35(3)(c) |
| Weapon, Stolen: Used in commission of other crime(s) | 97-37-35(4) |
| Robbery (Penalty) | 97-3-75 |
| Robbery, Armed: Use of Deadly Weapon | 97-3-79 |
| Extortion: of Property of another valued at $500 or more | 97-3-82(3)(b) |

| **Appendix 7 False Pretense Statutes** | |
|---|---|
| | |
| **Name of Sentencing Offense** | **Sentencing Code # or Ordinance #** |
| False Pretenses: Procure Thing of Value by Fraudulent Representation | 97-19-39 |
| False Pretenses: Fraudulent Representation of Evidence of Debt | 97-19-41 |
| False Pretenses: Obtain/Deliver Goods Previously Encumbered (Indict.) | 97-19-51 |
| Bad Checks: Fraudulently Deliver Insufficient Instrument (Indictment) | 97-19-55 |
| Bad Checks - Evidence/Presumption of fraudulentIntent (For Indictment) | 97-19-57 |
| | |
| **No records were found for the statues listed below:** | |
| False Pretenses: Produce child with Intent to Intercept Inheritance | 97-19-45 |
| False Pretenses: Registering Animal Falsely; Giving False Pedigree | 97-19-49 |
| Bad Checks: Penalties (Sentence) | 97-19-59 |

| Appendix 8 Perjury Statutes | |
|---|---|
| | |
| **Name of Sentencing Offense** | **Sentencing Code # or Ordinance #** |
| Perjury: Defined - Swear to/Testify Falsely Under Oath (Indictment) | 97-9-59 |
| Perjury: Penalty | 97-9-61 |
| Perjury: Subornation (Procurement of Witness to Commit Perjury) | 97-9-63 |

| Appendix 9 Forgery Statutes | |
|---|---|
| | |
| **Name of Sentencing Offense** | **Sentencing Code # or Ordinance #** |
| Forgery: Owning Counterfeit US Coins (Indictment) | 97-21-13 |
| Forgery: Possession counterfeit gold/silver coins w/intent to utter | 97-21-17 |
| Forgery: Signature Purporting to be Agent/Officer of Corporation | 97-21-19 |
| Forgery: Possession of Counterfeit Printing Plates of Tender | 97-21-23 |
| Forgery: Making/uttering instrument in own name as act of another | 97-21-29 |
| Forgery: Failure of Corporate Officer to Maintain Accurate Accounts | 97-21-3 |
| Forgery - Penalty (Sentence) | 97-21-33 |
| Pleadings, process & other court papers, licenses, or wr. instruments | 97-21-35 |
| Forgery: Possession Counterfeit Bank Notes w/Intention to Utter | 97-21-37 |
| Counterfeit/forged documents: Sale/exchange guilty of forgery | 97-21-49 |
| Forgery: False Certification of Instrument or Conveyance | 97-21-7 |
| Forgery: Counterfeit/Altered Stock Certificates, Security (Indictment) | 97-21-9 |
| | |
| **No records were found for the statues listed below:** | |
| Forgery: Owning Counterfeit Foreign Coinage (indictment) | 97-21-15 |

| Appendix 10 Embezzlement Statutes | |
|---|---|
| | |
| **Name of Sentencing Offense** | **Sentencing Code # or Ordinance #** |
| Embezzlement: Entrusted Public Property/Funds Converted for Own Use | 97-11-25 |
| Embezzlement: Fraudulent Accounting by Public Officer (Penalty) | 97-11-29 |
| Embezzlement or Fraud Committed by Public Official (Penalty) | 97-11-31 |
| Embezzlement by Agent/Officer/Trustee of Company or Private Individual | 97-23-19 |
| Embezzlement: Money on Deposit; Property in Trust/Received on Contract | 97-23-25 |

| Appendix 11 Arson Statutes | |
|---|---|
| | |
| **Name of Sentencing Offense** | **Sentencing Code # or Ordinance #** |
| Arson - Dwelling or Outbuilding | 97-17-1 |
| Arson - Insured Property | 97-17-11 |
| Arson - Timber, Woods, Meadow, Marsh | 97-17-13 |
| Arson - Church/School Building (State-Supported) | 97-17-3 |
| Arson - Structure, Not Dwelling or School | 97-17-5 |
| Arson - Personal Property | 97-17-7 |
| Arson: Attempt, Aid or Induce to Burn (4th Degree) | 97-17-9 |

| Appendix 12 Burglary Statutes | |
|---|---|
| | |
| **Name of Sentencing Offense** | **Sentencing Code # or Ordinance #** |
| Burglary - Dwelling | 97-17-23 |
| Home Invasion with intent to terrorize any occupants | 97-17-23 (2) |
| Burglary - Dwelling, Breaking Outer Door to Escape Scene of Crime | 97-17-25 |
| Burglary; breaking inner door of dwelling by one lawfully in house | 97-17-29 |
| Burglary - Vehicle, Train, Boat or Building other than Dwelling | 97-17-33 |
| Burglary - Vehicle, Train, Boat or Building other than Dwelling | 97-17-33(1) |
| Breaking/Entering Church or Synagogue w/Intent to Commit a Crime | 97-17-33(2) |
| Burglary: Possession of Burglar Tools | 97-17-35 |
| Burglary, Explosives used in Commission of | 97-17-37 |
| | |
| | |
| **No records were found for the statues listed below:** | |
| | 97-17-31 |

| Appendix 13 Escape Statutes | |
|---|---|
| | |
| **Name of Sentencing Offense** | **Sentencing Code # or Ordinance #** |
| Escape: Convey Articles to Facilitate Escape of Felonious Prisoner | 97-9-27 |
| Escape: Felonious Prisoners - Aid Escape/Rescue from Custody | 97-9-29 |
| Escape: Aid/Abet Prisoners other than Felons | 97-9-31 |
| Escape: Aid/Assist Prisoner in Custody of Law Enforcement Officer | 97-9-33 |
| Escape: Concealing/Harboring Escaped Prisoner | 97-9-41 |
| Escape: Penitentiary Convict Serving Any Term | 97-9-45 |
| Escape: Successful or Attempted, By Force or Violence | 97-9-49(1) |
| Escape: Entrusted Prisoner (Trusty) | 97-9-49(2) |
| | |
| **No records were found for the statues listed below:** | |
| | 97-9-25 |
| | 97-9-35 |
| | 97-9-37 |
| | 97-9-39 |
| | 97-9-43 |
| | 97-9-47 |

| Appendix 14 Manslaughter Statutes | |
|---|---|
| | |
| **Name of Sentencing Offense** | **Sentencing Code # or Ordinance #** |
| Manslaughter/Homicide (Penalty) | 97-3-25 |
| Manslaughter/Homicide While Committing Felony (Defined/Indictment) | 97-3-27 |
| Manslaughter/Homicide While Committing Misdemeanor (Indictment) | 97-3-29 |
| Manslaughter/Homicide without Malice/Self-Defense (Indictment) | 97-3-35 |
| Manslaughter, Mischievous Animal: by Owner s Failure to Restrain | 97-3-45 |
| Manslaughter defined (for indictment) | 97-3-47 |
| | |
| | |
| **No records were found for the statues listed below:** | |
| | 97-3-23 |
| | 97-3-31 |
| | 97-3-33 |
| | 97-3-39 |
| | 97-3-41 |
| | 97-3-43 |
| | 97-3-49 |