IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ROY HARNESS, et al,

    Plaintiffs

v.                                  Civil Action No. 3:17-cv-791-DPJ-FKB

DELBERT HOSEMANN, Secretary of State
of Mississippi,

    Defendant

*Consolidated With*

DENNIS HOPKINS, et al,

v.                                    Civil Action No. 3:18cv188-CWR-LRA

DELBERT HOSEMANN, Secretary of State
of Mississippi,

    Defendant

## HARNESS PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

For the reasons set forth in the Memorandum submitted in support of this motion, the Harness Plaintiffs move for summary judgment in this case. In support of this motion, the Harness Plaintiffs submit the following documents, which are filed as attachments to this motion.

| Exhibit # | Description |
|---|---|
| 1 | Declaration of Dr. Robert Luckett |

| | |
|---|---|
| 2 | May 21, 2018 expert report of Dr. Robert Luckett |
| 3 | Resume of Dr. Robert Luckett |
| 4 | Declaration of Grace Sullivan |
| 5 | 1950 legislative resolution to amend Section 241 |
| 6 | 1950 ballot language to amend Section 241 |
| 7 | 1968 legislative resolution to amend Section 241 |
| 8 | 1968 ballot language to amend Section 241 |
| 9 | *Cotton v. Fordice,* Magistrate's 3-18-97 R&R for summary judgment against plaintiffs |
| 10 | *Cotton v. Fordice,* District Court's 4-17-97 Order of summary judgment |
| 11 | *Cotton v. Fordice* Fifth Circuit briefs |
| 12 | Declaration of Matthew A. Williams |
| 13 | May 22, 2018 expert report of Matthew A. Williams |
| 14 | Resume of Matthew A. Williams |
| 15 | Harness Plaintiffs' discovery responses 7-11-18 |
| 16 | Roy Harness verification of discovery responses |
| 17 | Kamal Karriem verification of discovery responses |

October 4, 2018

|  |  |
|---|---|
| | Respectfully submitted, |
| | *s/ Robert B. McDuff* |
| BETH L. ORLANSKY, MSB 3938 | ROBERT B. MCDUFF, MSB 2532 |
| JEREMY EISLER, MSB 5493 | 767 North Congress Street |
| MISSISSIPPI CENTER FOR JUSTICE | Jackson, MS 39202 |
| P.O. Box 1023 | 601) 969-0802 |
| Jackson, MS 39205-1023 | rbm@mcdufflaw.com |
| (601) 352-2269 | |
| borlansky@mscenterforjustice.org | FRED L. BANKS JR, MSB 1733 |
| jeisler@mscenterforjustice.org | PHELPS DUNBAR |
| | P.O. Box 16114 |
| DAVID M. LIPMAN, MSB 1272 | Jackson, MS 39236-6114 |
| THE LIPMAN LAW FIRM | (601) 352-2300 |
| 5915 Ponce de Leon Blvd. | fred.banks@phelps.com |
| Suite 44 | |
| Coral Gables, Florida 33146 | ARMAND DERFNER |
| (305) 662-2600 | DERFNER & ALTMAN |
| dmlipman@aol.com | 575 King Street, Suite B |
| | Charleston, SC  29403 |
| | (804) 723-9804 |
| | aderfner@derfneraltman.com |
| | *admitted pro hac vice* |
| | |
| | *Counsel for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

I, Robert B. McDuff, hereby certify that on October 4, 2018 I electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of such filing to all counsel of record.

s/Robert B. McDuff