IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ROY HARNESS, et al.,

    Plaintiffs

v.                               Civil Action No. 3:17cv791 DPJ-FKB

DELBERT HOSEMANN, Secretary of State
of Mississippi,

    Defendant

## DECLARATION OF ROBERT LUCKETT

My name is Robert Luckett. I am a historian and a member of the faculty at Jackson State University. This declaration, my resume, and my May 21, 2018 expert report in this case are being submitted as exhibits to the *Harness* Plaintiffs' Motion for Summary Judgment. The resume describes my professional experience and my formal education. The report contains my opinions and the results of my research regarding the matters discussed therein.

Pursuant to 28 USC 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and understanding. Executed on the 4 day of October, 2018.

*/s/ Robert Luckett*
Robert Luckett

1