**Robert E. Luckett, Jr.**
robbyms@aya.yale.edu
625 Chickasaw Avenue, Jackson, MS 39206
601-826-8600 (cell), 601-979-3935 (work)
www.jsums.edu/margaretwalkercenter

| | |
|---|---|
| **Education:** | **University of Georgia**, Athens, GA |
| | PhD in History, May 2009, 20th Century American History: The Modern Civil Rights Movement |
| | Dissertation, ***Yapping Dogs: Joe T. Patterson and the Limits of Massive Resistance*** |

**Yale University**, New Haven, CT                    **Columbia University in Paris, Reid Hall**
BA in Political Science, May 1999               **L'Institut d'Etudes Politiques**, Paris, France
                                                                        Junior Term Abroad, Spring 1998

**Work
Experience:**    **Jackson State University**, Jackson, MS
Associate Professor/Graduate Faculty with tenure, Department of History (2009-Present)
Director, Margaret Walker Center for the Study of the African-American Experience (2009-Present)

**Yale University**, New Haven, CT, *Assistant Director of Undergraduate Admissions* (1999-2001)

**Books:**    **Joe T. Patterson and the White South's Dilemma: Evolving Resistance to Black Advancement**
(Jackson: University Press of Mississippi, 2015)

**Redefining Liberal Arts Education in the 21st Century**, editor and contributor
University Press of Mississippi (Under review)

**Book
Chapters:**    **"Historical Memory and the Meredith Monument at Ole Miss"**
*Redefining Liberal Arts Education in the 21st Century*, (Chapter 17, pp.280-301)
(Jackson: University Press of Mississippi, under review)

**"Conflict and Change, Bombs and Boycotts"**
*A Past That Won't Rest: Images of the Civil Rights Movement in Mississippi* (Chapter 5, pp.114-143)
(Jackson: University Press of Mississippi, 2018)

**"'Hell Fired out of Him': The Muting of James Silver in Mississippi"**
*The Civil Rights Movement in Mississippi*, Ted Ownby, ed. (Chapter 5, pp.123-137)
(Jackson: University Press of Mississippi, 2013)

**"Natural Disasters, Katrina and Barry"** chapter
*Foundations in Global Inquiry*.  Robert Luckett, et al.  Robert Blaine, ed.
(Jackson: Jackson State University, 2011)

**"Charles Sherrod and Martin Luther King, Jr.: Mass Action and Nonviolence in Albany"**
*The Human Tradition in the Civil Rights Movement*, Susan Glisson, ed. (Chapter 9, pp.181-195)
(New York: Rowman and Littlefield, 2006)

**Peer-reviewed
Articles:**    **"James P. Coleman (1956-1960) and Mississippi Poppycock,"** article
*Journal of Mississippi History* (May 2019)

**"For My People: The Margaret Walker Center,"** article
*The Public Historian* (August 2018)

**"The Rise of a 'Little Harlem' in Mississippi: The Farish Street Historic District,"** article
*Fire!!! The Multimedia Journal of Black Studies* (Volume 4, Issue 1, 2017)

**"Margaret Walker: The Voice of the Invisible Woman,"** article
*Journal of Ethnic American Literature* (Issue 7, 2017)

**"The Southern Manifesto as Education Policy in Mississippi,"** article
*The Journal of School Choice* (Volume 10, Number 4, Fall 2016)

**JSU Researcher: An Interdisciplinary Journal**
*Volume 25, Number 2, Summer 2012,* Foreword/Guest Editor

**"Annie Devine:  A Mother in and of the Civil Rights Movement,"** article
*Journal of Mississippi History* (Fall 2008)

**Reviews:**       **Klansville U.S.A.**, Directed by Callie T. Wiser, movie review
*Journal of American History* (December 2015, Volume 102, No.3)

**Freedom Summer**, Directed by Stanley Nelson, movie review
*Journal of American History* (December 2014, Volume 101, No. 3)

***Review of Politics***, book reviews (Winter 2011)
Charles Eagles.  *The Price of Defiance: James Meredith and the Integration of Ole Miss*.
Frank Lambert.  *The Battle of Ole Miss: Civil Rights v. States' Rights*.

***The Register of the Kentucky Historical Society***, book review (Summer 2010, Vol.108, No.3)
Jenny Irons.  *Reconstituting Whiteness: The Mississippi State Sovereignty Commission*.

**Other**
**Articles:**      **"Charlottesville and the Mississippi Flag,"** article
*Jackson Free Press and the Associated Press* (August 21, 2017)
http://www.jacksonfreepress.com/news/2017/aug/21/charlottesville-and-mississippi-flag/

**"The Enduring Legacy of Emmett Till,"** article, *Jackson Free Press* (April 5, 2017)
http://www.jacksonfreepress.com/news/2017/apr/05/enduring-legacy-emmett-till/

**"From Council Schools to Today's Fight for Public Ed,"** article
*Jackson Free Press* (February 15, 2017)
http://www.jacksonfreepress.com/news/2017/feb/15/council-schools-todays-fight-public-ed/

**"An Elegiac Valedictory,"** poem, Margaret Walker, *Oxford American* (Spring 2017) co-editor

**"Remembering Chokwe Lumumba: A Revolutionary Politician,"** article, *The Root* (March 6, 2014)
http://www.theroot.com/articles/culture/2014/03/chokwe_lumumba_remembering_a_revolutionary_politician.html

**"The Sustainability and Growth of the Margaret Walker Center,"** blog (October 2012)
U.S. Institute of Museum and Library Services—African American History and Culture Grant Program

***The Clarion-Ledger***, book review (November 2, 2014)
Carolyn J. Brown.  *Song of My Life: A Biography of Margaret Walker*.

Robert E. Luckett, Jr.                                                                                                              3

> *Mississippi Reading Journal*, **Volume 10, No. 1** (2010) article
> *The Southern Register* (Summer 2010) article
> *A Biography: Margaret Walker Alexander and the Study of the 20th Century African American*

**Grants:**   **Mississippi Humanities Council: $1,000** (2018) Project Director and Grant Writer
Prison-to-College Pipeline

**Mississippi Humanities Council: $3,630** (2017) Project Director and Grant Writer
A Place for All People: Traveling Exhibition

**National Endowment for the Humanities: $39,600** (2017-2019) Project Director and Grant Writer
This Is My Century: The Life and Legacy of Margaret Walker

**NoVo Foundation: $300,000** (2017-2018) Project Director
The Lighthouse Initiative to Advance Adolescent Girls' Rights

**Kellogg Foundation and the Mississippi Department of Archives & History: $9,200** (2017)
Project Director and Grant Writer, Civil Rights: It's Happening Now
Dr. Doris A. Derby & the Farish Street Historic District: Public Symposium and Photography Exhibition

**Mississippi Arts Commission: $1,000** (2017) Project Director and Grant Writer
75th Anniversary of *For My People*

**Mississippi Humanities Council: $2,000** (2015) Project Director and Grant Writer
This Is My Century: The Life and Times of Margaret Walker

**Mississippi Arts Commission: $4,500** (2014) Project Director and Grant Writer
8th Annual Creative Arts Festival: The Legacy of Freedom Summer

**National Endowment for the Humanities: $100,000** (2009-2013) Project Director
Collaboration for Digital Access for Margaret Walker Archives

**Institute of Museum & Library Services: $48,525** (2011-2013) Project Director and Grant Writer
The Margaret Walker Center and the Museum of the African-American Experience

**Mississippi Arts Commission: $2,900** (2013) Project Director and Grant Writer
7th Annual Creative Arts Festival: The Legacy of Medgar Evers

**Mississippi Arts Commission: $3,200** (2012) Project Director and Grant Writer
6th Annual Creative Arts Festival: The 50th Anniversary of the Meredith Crisis

**Mississippi Department of Archives & History: $15,550** (2012) Project Director and Grant Writer
Mississippi Civil Rights Museum Interim Project Manager (Angela Stewart)

**Jackson Convention & Visitors Bureau: $2,500** (2012-2013) Project Director and Grant Writer
The Legacy of Margaret Walker

**Jackson Convention & Visitors Bureau: $2,000** (2010-2011) Project Director and Grant Writer
The Legacy of Margaret Walker Alexander

Robert E. Luckett, Jr.                                                                                         4

**Mississippi Arts Commission: $4,750** (2011) Project Director and Grant Writer
5th Annual Creative Arts Festival: The 50th Anniversary of the Freedom Rides

**Mississippi Humanities Council: $1,500** (2010) Project Director and Grant Writer
4th Annual Creative Arts Festival: The Sit-in Movement and Student Activism Fifty Years Later

**Ford Foundation: $100,000** (2008-2011) Project Director
Margaret Walker Digital Archives and Workshop Project

**Conferences
and Lectures:** **"The Prison to College Pipeline: Diversity and Inclusion"**
Equity Summit, University of South Carolina (November 2018) Panelist

**"A Story of Success: The Two Mississippi Museums"**
Project Management Institute, Jackson (September 2018) Moderator

**"The Modern Movement on the Mississippi Gulf Coast"**
Ohr-O'Keefe Museum of Art, Biloxi, Mississippi (August 2018)

**"The Public Historian – State of Black Museums"**
Association of African American Museums Annual Meeting, Hampton, Virginia (August 2018) Panelist

**"Education as a Cause for Civil Rights in Mississippi"**
Mississippi Parent Teacher Association Annual Meeting, Greenville, Mississippi (April 2018)

**"Bringing Forward the Past: Art, Identity, and the American South"**
Trauma and Memory, Mississippi Museum of Art, Jackson (February 2018) Panelist

**"Building Racial Justice in Mississippi: Law and Social Action"**
Reed College, Portland, Oregon (February 2018) Panelist

**"Activism, Protests, and Civil Discourse"**
League of Women Voters, Jackson (October 2017)

**"The Civil Rights Movement in Mississippi"**
Sunflower County Freedom Project, Indianola, MS (October 2017)

**"Phillip Gibbs and James Green: Unwilling Martyrs of a Student Movement"**
Association for the Study of African-American Life and History, Cincinnati (September 2017)

**"Southern History"**
Mississippi Book Festival, Jackson (August 2017) Moderator, panelist

**"Interpreting Mississippi Civil Rights History"**
Association of African American Museums, Washington, D.C. (August 2017)

**"The Long Fight for Equitable Access to Public Education in Mississippi"**
St. George Tucker Society, Jackson (July 2017)

**"Teaching History within the Carceral State:
A Panel Discussion on Mississippi's Prison-to-College-Pipeline Program"**
Panelist, Organization of American Historians, New Orleans (April 2017)

Robert E. Luckett, Jr.                                                                                      5

**"The Enduring Legacy of Emmett Till"**
The Rally for Emmett Till, Mississippi State Capitol (February 2017)

**"Historical Memory and the Meredith Monument at Ole Miss"**
Alabama-Mississippi Sociological Association Conference (February 2017)

**"'Must the Novelist Crusade?' Art as a Form of Activism"**
Moderator, Humanities and Civic Life in Mississippi, Millsaps College (February 2017)

**"The Rise of a Little Harlem in Mississippi: The Levi Rowan Photograph Collection"**
Columbus-Lowndes Public Library, Columbus, MS (February 2017)

**"Washington vs. Du Bois & STEM vs. Liberal Arts: A Roundtable Discussion"**
Panelist, Conference on the Liberal Arts, Jackson State University (October 2016)

**"The Fight over Public Education in Mississippi: The Long History"**
Empire, Power, Identity, and Conflict Conference, Millsaps College (September 2016)

**"The Legacy of Women in the Civil Rights Movement"**
Pascagoula Public Library, Pascagoula, MS (June 2016)

**"*Jubilee* at 50 and the Margaret Walker Papers at Jackson State University"**
College Language Association Conference, Houston (March 2016)

**"The Southern Manifesto at 60: Tales from the Past, Lessons for the Future"**
"The Southern Manifesto as State Education Policy"
American Enterprise Institute, Washington, D.C. (March 2016)

**"The Civil Rights Movement in Southwest Mississippi"**
Mississippi Cultural Crossroads, Port Gibson, MS (February 2016)

**"This Is My Century: Margaret Walker and the Black Arts Movement"**
Mississippi Philological Association, Keynote Speaker
Mississippi University for Women (February 2016)

**"Joe T. Patterson and the White South's Dilemma"**
Lemuria Bookstore, Jackson (December 2015)

**"Oral History as a Means of Empowerment"**
U.C. Berkeley Oral History Center (November 2015)

**"Thoughts I Will Keep from the Margaret Walker Centennial Celebration"**
Margaret Walker Centennial, Jackson-Hinds Public Library System (November 2015)

**"Crisis in the Village: Restoring the Promise of Public Education"**
Panelist, Mt. Helm Baptist Church, Jackson (November 2015)

**"Margaret Walker: Her Life and Times"**
Millsaps College Forum, Jackson (October 2015)

**"The Civil Rights Movement in Mississippi"**
Museum of the Mississippi Delta, Greenwood (September 2015)

**"Margaret Walker: This Is My Century"**
Association for the Study of African-American Life and History, Atlanta (September 2015)

**"Civil Rights History,"** Moderator/panelist, Mississippi Book Festival, Jackson (August 2015)

**"Margaret Walker Alexander, Eudora Welty, and the Making of Literary Jackson,"**
Moderator/panelist, Mississippi Book Festival, Jackson (August 2015)

**"Margaret Walker: In Her Own Words"**
History Is Lunch, Mississippi Department of Archives and History (July 2015)

**"Historiography of the Modern Civil Rights Movement"**
Prison-to-College Pipeline, Parchman Penitentiary (July 2015)

**"Margaret Walker's *Jubilee* from a Historical Perspective"**
Mississippi Jubilee: From Slavery to Freedom Conference, Jackson (April 2015)

**"Freedom Rides: Journey for Change"**
Pass Christian Public Library, Pass Christian, MS (April 2015)

**"Margaret Walker: Reflections"**
Oxford Conference for the Book, Oxford, MS (March 2015)

**"Margaret Walker Personal Papers Digital Archives Project"**
American Historical Association Conference, New York (January 2015)

**"Literary and Historical Importance of Margaret Walker's Life"**
Margaret Walker Centennial, Jackson-Hinds Public Library System (January 2015)

**"Freedom Riders"**
Columbus-Lowndes Public Library, Columbus, MS (January 2015)

**"What You Don't Know or Understand about Racial Politics in Mississippi"**
The Trotter Group, Jackson State University, Jackson (November 2014)

**"Behind the Veil: The Black Experience in Jim Crow Mississippi"**
Oral History Association Conference, Madison, WI (October 2014)

**"The Historical Roots of Freedom Summer"**
Prison-to-College Pipeline, Parchman Penitentiary (July 2014)

**"The Delta in Diaspora: The Great Migration and the Mississippi Delta"**
*Most Southern Place* NEH Workshop, Delta State University (July 2014)

**"Margaret Walker: Prose and Poetry of Jackson"**
Southern Foodways Alliance Symposium, Jackson (June 2014)

**"Rabbi Philip Posner and the 1961 Freedom Rides"**
Blacks, Jews, and Social Justice in America Conference, Brandeis University (June 2014)

**"The Exceptional South in a Post-Racial America"**
Yale University, New Haven (May 2014)

**"Freedom Summer"**
Mississippi Museum of Art, Jackson (May 2014)

**"Margaret Walker: The Voice of the Invisible Woman in the 20th Century Black Arts Movement"**
Multi-Ethnic Literature of the United States (MELUS) Annual Meeting, Oklahoma City (March 2014)

**"Margaret Walker Center: The Feasibility of a 21st Century Museum and Archive"**
Association of African American Museums Annual Meeting, Charlotte (August 2013)

**"Margaret Walker, Autobiography, and Historic Preservation"**
Mississippi Philological Association Conference, Hattiesburg (February 2013)

**"The Margaret Walker Center: The Sustainability & Growth of Black Cultural Institutions"**
Association for the Study of African American Life and History, Pittsburgh (September 2012)

**"The Life and Work of Margaret Walker"**
Association of African American Museums Annual Meeting, Baltimore (August 2012)

**"Joe Patterson, Massive Resistance, and Memory"**
Oral History Association Conference, Denver (October 2011)

**"Archival Digitization and HBCUs: The Margaret Walker Papers and Jackson State"**
National Council for Black Studies Conference, Cincinnati (March 2011)

**"Braying at Each Other: The Meredith Crisis and Massive Resistance"**
National Association of African American Studies Conference, Baton Rouge (February 2011)

**The Media and Black Equality**, commentator
**Roundtable Discussion on Professional Development**, panelist
Graduate Assoc. for African-American History Conference, University of Memphis (November 2010)

**The Civil Rights Movement in Mississippi**, moderator
Porter Fortune Jr. History Symposium and Future of the South Conference
University of Mississippi (February 2010)

**"The Obama Presidency in a Historical Perspective"**
26th Annual Fannie Lou Hamer Memorial Symposium, Jackson State University (October 2009)

**The Ford Foundation/Jackson State University HBCU Partnership**
**Sharing Humanities Best Practices in Digital Technology**, panel chair
Association for the Study of African-American Life and History, Cincinnati (October 2009)

**"Ole Miss and Racial Reconciliation: From James Silver to the Meredith Monument"**
Southern Historical Association Conference, New Orleans (October 2008)

Robert E. Luckett, Jr.                                                                                                8

**"Yapping Dogs: Joe T. Patterson and the Mississippian's Dilemma"**
American Historical Association Conference, Atlanta (January 2007)

**Curated Exhibitions:** **A Place for All People: The National Museum of African American History & Culture** (2017-2018)
Central Mississippi Correctional Facility, Parchman Penitentiary, and Ayer Hall at JSU

**Farish Street Historic District: Dr. Doris A. Derby Photography Exhibit** (2017)
Johnson Hall Art Gallery, Jackson State University

**Mississippi Witness: The Life of Julius Thompson** (2016-2017)
Ayer Hall, Jackson State University

**Civil Rights, Civil Wrongs** (2016)
Ayer Hall, Jackson State University

**An Ordinary Hero** (2016)
Ayer Hall, Jackson State University

**Aron and Karen Primack African Art Exhibit** (2015)
Ayer Hall, Jackson State University

**The Black Arts Movement, Black Power and the Struggle for Civil Rights in America**
Dr. Doris A. Derby Photograph Exhibit (2015) Johnson Hall Art Gallery, Jackson State University

**Saving Ourselves America: Dr. Doris A. Derby Photograph Exhibit** (2014)
Ayer Hall, Jackson State University

**Women: Agents of Change in the American Civil Rights Movement**
Dr. Doris A. Derby Photograph Exhibit (2014) Johnson Hall Art Gallery, Jackson State University

**Outside the Protective Circle of Humanity**
Scottsboro Boys: The Fred Hiroshige Photographs (2013)
Johnson Hall Art Gallery, Jackson State University

**Tracing the Roots of African Americans**
Drs. Noble and Jean Endicott & Robert E. Navin Family African Art Collections (2013)
Ayer Hall, Jackson State University

**40th Anniversary of the 1973 Phillis Wheatley Poetry Festival: Photography Exhibit** (2013)
Ayer Hall, Jackson State University

**Frankye Adams-Johnson Black Panther Party Collection Exhibit** (2012)
Ayer Hall, Jackson State University

**William Lamson Manuscript Collection: Cartography Exhibit** (2011)
Ayer Hall, Jackson State University

**Breach of Peace: Portraits of the 1961 Freedom Riders** (2011)
Ayer Hall, Jackson State University

**Levi Rowan Photograph Collection** (2010; traveling exhibition 2016-2017)
Ayer Hall, Jackson State University

**Teaching Experience:**   **Jackson State University,** *Associate Professor and Graduate Faculty:*
History 302, Local History: The Civil Rights Movement in Mississippi
History/Political Science 309, Modern Civil Rights Movement History
History 325: History of Mississippi
History 360, African American History to 1877
History 361, African American History since 1877
History 382, History of the Modern South
History 450, Black Political and Social History
History 507, Graduate Seminar: Archives and Records Management
History 522, Graduate Seminar: African American History to 1877
History 522 Online, Graduate Seminar: African American History to 1877
History 523, Graduate Seminar: African American History since 1877
History 530, Graduate Seminar: History of the Modern South
History 530 Online, Graduate Seminar: History of the Modern South
History 545, Graduate Seminar: Historiography and Historical Criticism
History 545 Online, Graduate Seminar: Historiography and Historical Criticism
History 546, Historical Research for MA Thesis Track
History 546 Online, Historical Research for MA Thesis Track
History 547, Historical Research for MA Project Track
History 547 Online, Historical Research for MA Project Track
History 550, Graduate Seminar: Oral History
History 552, Graduate Seminar: Problems in American History

**Prison to College Pipeline Program**
Central Mississippi Correctional Facility
History 211, U.S. History to 1877 (Summer 2017) 25 incarcerated women
History 212, U.S. History since 1877 (Summer 2018) 25 incarcerated women

**Justice Brandeis Semester**
*Co-Director, Summer Research Project in Mississippi* & Massachusetts (Summer 2014)
14 JSU and Brandeis students

*Co-Director, Summer Research Project in Mississippi* (Summer 2011)
17 JSU and Brandeis students

**University of Georgia,** *Instructor:*
Graduate School 7770, Graduate School Teaching Seminar        History 3102, Modern Black America
History 3073, U.S. History since 1945                                          History 2112, U.S. History since 1865

**Undergraduate History Advisor, Jackson State University**
Tiffany Lyons, Roosevelt Hawkins

**Theses Committees, Jackson State University**
*History Department*: Angelic Willingham [chair], Alicia Pickens [chair], Mallory Turner [chair],
        Jeff Gibson, Sasha Goodlett, Jermarcus Bounds, Detrice Roberts, Bequita Pegram, Keeley White
*Completed Theses, History Department* (2009-Present) James Theres [chair], Garrad Lee, Tanja Parson,
        Rachel Drake, Shawn Hughes, Kimberly Jacobs, Will Wilson, Te'Ambera Ware, Sarah Waters,
        Darius Caleb Smith, Candice Brent, Adrienne Norwood, Edward Saint Pé

Robert E. Luckett, Jr.                                                                                          10

**Service:**      **Jackson State University**, Jackson, MS
*Quality Enhancement Plan, University Committee* (2018-Present)
*Founder's Day, Chair* (2018)
*College of Liberal Arts Day Committee* (2018-2019)
*University Promotion & Tenure Committee* (2017-2018)
*Faculty Personnel Committee* (2017-2018)
*Member, Tenure and Promotion Committee, College of Liberal Arts* (2017-2018)
*Search Committee, President, Jackson State University* (2017)
*Advance Development Group* (2017) Academic Affairs Committee
*University Scholarships Committee* (2017-Present)
*Search Committee, Associate Director of Service Learning and Community Engagement* (2017)
*Sexual Assault Adjudication Board* (2016-2017)
*Exploratory Committee, Africana Studies Department* (2016-Present) College of Liberal Arts
*Excellence in Government Awards Nomination and Selection Committee* (2016-2017)
*Member, Advisory Board, Public Market* (2016-Present) Center for University Based Development
*Member, Tenure and Promotion Committee, Department of History* (2016-2017) Mark Bernhardt
*Member, Tenure and Promotion Committee, Department of Art* (2015-2017) Mark Geil, Yumi Park
*Advisor, St. Mark's Campus Ministry* (2016-2017)
*Academic Coach, Academy for Research and Scholarly Engagement* (2013-2017)
*University Grievance Committee* (2010-2011, 2015-2016)
*Chair, Search Committee, Associate Dean of the College of Liberal Arts* (2015-2016)
*Co-chair, Conference on the Liberal Arts* (2015-2016)
*Search Committee, Assistant Professor of Public History* (2015)
*Chair, College of Liberal Arts Festival* (2015)
*Chair, Search Committee, Dean of the College of Liberal Arts* (2014)
*Search Committee, Associate Dean of the College of Liberal Arts* (2014)
*Search Committee, Assistant Professor of African History* (2014)
*Search Committee, Assistant Professor of Philosophy* (2014)
*Non-Academic Peer Review Committee* (2015-Present)
*Curriculum Committee, Department of History and Philosophy* (2014-Present)
*Polling Center Oversight Committee, JSU Institute of Government* (2014-2017)
*Think Tank Committee, JSU Institute of Government* (2014-2017)
*Associate, JSU Institute of Government* (2013-Present)
*CyberLearning Research Group* (2013-2014)
*Academy for Research and Scholarly Engagement* (2012-2013)
*Library of the Future Committee* (2012-2013)
*Jake Ayer Institute Activities Committee* (2012-Present)
*President's Administrative Council* (2011-Present)
*GEAR Leadership Committee* (2011-2015)
*GIFTS Selection Committee* (2011-2015)
*Research Advisory Council* (2011-2015)
*Gibbs-Green Annual Steering Committee* (2010-Present)
*Presidential Inauguration Planning Committee* (2012)
*Presidential Inauguration Symposium Subcommittee* (2012)
*Search Committee, Dean of the College of Liberal Arts* (2011-2012)
*Campus Ministry Faculty Adviser* (2010-2012)
*Marketing Council* (2010-2011)
*Mississippi Philological Association Conference Committee* (2010-2011)
*Higher Education Appreciation Day Committee* (2010-2011)
*SACS Reaccreditation—Global Inquiry Task Force* (2009-2011), *QEP Subcommittee* (2009-2011)
*Global Inquiry Faculty Training Seminar—GIFTS* (2010 & 2011)

**Jackson Public Schools**
*Board of Trustees* (2017-Present)

**Association of African American Museums**
*Board of Directors, Member-At-Large* (2015-Present)
*Host Committee, Chair* (2018-2019) 2019 Annual Meeting, Jackson, MS
*Program Committee, Co-Chair* (2017-2018) 2018 Annual Meeting, Hampton, VA
*Program Committee, Co-Chair* (2016-2017) 2017 Annual Meeting, Washington, D.C.
*Program Committee* (2014-2015) 2015 Annual Meeting, Memphis

**City of Jackson, Mayor Chokwe A. Lumumba**
Chairman, Human and Cultural Services, Transition Team (2017-2018)

**Common Cause Mississippi**
*Vice-President* (2017-Present)
*Board of Directors* (2009-Present)
*Nominations Committee* (2015-Present)

**Mississippi Civil Rights Museum**
*State Advisory Commission* (2011-Present)
*Audio-Visual Consultant/Reviewer* (2016-2017)
*Exhibition Text Consultant/Reviewer* (2015-2017)
*Exhibits & Content Committee* (2012-2017)

**National Park Service, Cultural Resources Division**
Mississippi Civil Rights Sites Special Resource Study (2018-Present) Focus Group Member

**Leadership Greater Jackson**
*Immediate-Past Chairman of the Board* (2017-2018)
*Chairman of the Board* (2016-2017)
*Board of Directors* (2012-2018)
*Participant* (2011-2012)

**Mississippi Center for Justice**
*Great Mississippi Road Trip* (2014, 2017, 2018) Civil Rights Tour Guide
*Harness v. Hosemann* (2017-2018) Expert Witness

**International Visitors Center of Jackson**
*Board of Directors* (2018-Present) U.S. Department of State

**American Philosophical Society**
*Grant Reviewer* (2015-Present) Franklin Research Grants

**Mississippi Book Festival**
*Advisory Board* (2014-Present)
*Programming Committee* (2014-2015)

**National Endowment for the Humanities**
*Grant Reviewer* (2018-Present) Humanities Initiatives at HBCUs

**Jackson Arts Center**
*Renovations Steering Committee* (2018-Present)

**Oral History Association**
*Program Committee* (2016-2017) 2017 Annual Meeting, Minneapolis

**Dialogue Institute of Mississippi**
Mississippi Voice Against Extremism (2015-Present) Committee Member

**Robert Rauschenberg Foundation**
*Application Reviewer* (2016-2017) Artist as Activist Fellowships

**Greater Jackson Chamber Partnership**
*Board of Directors* (2016)

**Museum of Mississippi History**
*Exhibition Text Consultant* (2015-2017)

**Southeastern Museums Conference**
*Host Committee* (2017-2018) 2018 Annual Meeting

**Farish Street/Main Street Project**, Jackson, MS
*Treasurer, Board of Directors* (2009-2014)

**U.S. Institute of Museum & Library Services**
*Grant Reviewer* (2012, 2014-2017) Museum Grants for African American History and Culture

**Minority Male Leadership Initiative**, Hinds Community College, Jackson
*Advisory Board* (2014-2016)

**Community Learning Partnership**, Hinds Community College, Jackson
*Advisory Board* (2015-2016)

**Delta Blues Museum**, Clarksdale, MS
*Scholar Consultant* (2015-Present) NEH grant

**Mississippi Encyclopedia**
*Editorial Board* (2018-Present)

**Southern Historical Association**
*Membership Committee* (2011-2018)

**Mississippi Historical Society**
*Board of Directors* (2011-2014)
*Glover Moore Prize Chair* (2010-2014, 2016-2018)
*Nominations Committee* (2015-2016) *Conference Program Committee* (2012-2013)
*Awards Committee* (2010-2011)

**Bedford/St. Martin's** (2015-Present) Outside Reader
*Freedom Summer: A Brief History with Documents*, John Dittmer, et al. (2015)

Robert E. Luckett, Jr.                                                                                          13

**University of Georgia Press** (2013-Present) Outside Reader
*Tithe, Time, and Talent*, Rhonda D. Jones (2017)
*The Politics of White Rights*, Joseph Bagley (2016)
*Womanpower Unlimited*, Tiyi Morris (2013)

**University Press of Mississippi** (2010-Present) Outside Reader
*Soul of the Court: The Life and Times of Judge William Benson Bryant*, Tonya Bolden (2018)
*Tangled Vines: A Bloodline Shaped by Slavery*, Grant Hayter-Menzies (2017)
*Civil Rights Lawyers in the South: The Untold Story*, Lawrence A. Aschenbrenner (2016)
*One Mississippi, Many Stories* (2016) Two Mississippi Museums
*Edge City Chronicle*, Dan Morrison (2016)
*Freedom Summer: Citizenship Extreme*, Stewart Burns (2014)
*Justice for Ella*, Pam Johnson (2013)
*Lifting the Color Bar*, Carter Dalton Lyon (2012)
*This Light of Ours*, Matt Herron (2011)
*James Meredith and the Ole Miss Riot*, Henry T. Gallagher (2010)

**Journal of Mississippi History** (2010-Present) Outside Reader
*Book Review Editor* (2010-2017)

**Journal of Southern History** (2017-Present)
Outside Reader

**Southern Studies:  An Interdisciplinary Journal of the South**
*Outside Reader* (2017-Present)

**Limina: A Journal of Historical and Cultural Studies** (2014-Present) Outside Reader
*Fearless Foremothers* (September 2014)

**The JSU Researcher**
*Editorial Advisory Board Member* (2015-2016)
*Outside Reader* (2012) "Alabama's Black Belt Region"

**Yale University**, New Haven, CT
*Alumni Schools Committee Director* (2009-Present) Lead interviewer for State of Mississippi
*ASC Interviewer* (2001-Present)
*Silliman College Fellow* (1999-2003) Academic advisor
*Chair of Agents, Class of 1999* (1999-2002) Lead class fundraiser
*Agent, Class of 1999* (2002-2011)

**Mississippi Department of Archives & History**
*Advisory Committee* (2013-Present) National Digital Newspaper Project
*Grant Consultant* (2010-2011) 50th Anniversary of the Freedom Rides Exhibit

**Mississippi Humanities Council**
*Speakers Bureau* (2009-Present)
*Mississippi Jubilee: From Slavery to Freedom*, Jackson (2014-2015) Conference Planning Committee
*Jim Lucas Civil Rights Documentary Photography Exhibit* (2014) Exhibition text writer

**University of Mississippi Medical Center**
*Summer Bioethics Discussant* (2013-Present)

Robert E. Luckett, Jr.                                                                                                    14

**McWillie Elementary School PTA**
*Nominations Committee* (2018)

**Mississippi Delta National Heritage Area**
*Interpretation and Visitor Experience Committee* (2012-2017)

**Vicksburg Interpretive Center**
*Advisory Board* (2012-2017)

**Jackson-Hinds Library System**
*Planning Committee* (2013-2015) Margaret Walker Alexander Centennial Celebration

**Mississippi Department of Education**
*African American Studies Curriculum Committee* (2010)

**Jackson Convention & Visitors Bureau**
*Jackson Advisory Committee* (2012-2013) Regional Civil Rights Movement Commemoration

**Museum of the Mississippi Delta**
*Planning Committee* (2012-2013) *War Comes to the Mississippi Delta* exhibition

**Mississippi Public Broadcasting**
*Grant Consultant* (2010-2011) 50th Anniversary of the Freedom Rides Documentary

**Mississippi Arts Commission**
*Grant Panelist* (2010)
*Governor's Arts Awards Judge* (2010)

**Communication Arts Company**, Jackson, MS
*Secretary, Board of Directors* (2004-2007) *Vice President, Board of Directors* (2002-2004)

**Films and Interviews:**

***Now Your Talking with Marshall Ramsey*** (April 2018) Interview
Dr. Robert Luckett, An Advocate for Equality http://www.mpbonline.org/blogs/now-youre-talking/2018/04/09/now-youre-talking-with-marshall-ramsey/

***@Issue with Wilson Stribling*** (September 2017) Interview
The State Flag, Mississippi Public Broadcasting http://www.pbs.org/video/the-state-flag-dpimdh/

***Red Flag Podcast: Podastery*** (September 2017) Interview https://fireside.fm/s/qf-5A1gW+QZxUHbtq
Historical Impact and Fallout from the State Flag of Mississippi

***Life Preservers Podcast: Episode 10*** (February 2017) Interview
*Exploring Black History and the Margaret Walker Center*

***Life Preservers Podcast: Episode 9*** (January 2017) Interview
*An Interview about the History, Legacy, and Struggle for Civil Rights*

***Daughters of the Struggle: Surviving in the Tumultuous Civil Rights Era*** (2016-2017)
Consultant, scholar

***The Parchman Ordeal: The Untold Story*** (2016)
Documentary, consultant, scholar

***Kendrick Is From Compton: The Underexposure of Conscious Southern Artists*** (2015-2016)
Documentary, commentator http://kifcthemovie.com/

***The Free State of Jones***, Mississippi Public Broadcasting documentary (2015-2016)
Consultant, scholar

***Wednesdays in Mississippi***
Firelight Media documentary (2014) Consultant, commentator

***Spies of Mississippi***, PBS Independent Lens documentary, Trilogy Films (2013-2014)
Consultant, commentator

***An Ordinary Hero***, Joan Trumpauer Mulholland documentary (2011-2013)
Consultant, commentator, assistant producer

***State of Siege: Mississippi Whites and the Civil Rights Movement***
NPR American Public Media documentary (2010-2011) Consultant, commentator
http://americanradioworks.publicradio.org/features/mississippi/transcript.html

***The Murder of Emmett Till***
PBS American Experience documentary (2003) Consultant

**Recognitions:**   **Diversity Award for Excellence**
Mississippi Board of Trustees of State Institutions of Higher Learning (2018) Jackson State University

**Best of Jackson**
Best Professor (2018) *Jackson Free Press*

**Association of Yale Alumni**
Alumni Schools Committee Ambassador Award (2017) Recognition for work in Mississippi

**Dialogue Jackson/Jackson 2000**
*Friendship Ball Honoree* (2017) Contributions to racial reconciliation.

**Mississippi Institute of Arts and Letters**
*Nonfiction Achievement*, finalist (2016) *Joe T. Patterson and the White South's Dilemma*

**Association of African American Museums**
*Pace Setter Award* (2015) Exceptional innovation and dedication to African American museums

**Mississippi Historical Records Advisory Board**
*Documenting Mississippi's History Award of Excellence* (2015) Margaret Walker Center

**Mississippi Humanities Council**
*Humanities Scholar Award* (2014)

**Mississippi Historical Society**
*Franklin L. Riley Prize* (2010) Best dissertation on a topic in Mississippi history

**Southern Historical Association Conference**, New Orleans
*William F. Holmes Award* (2008) Best paper by a graduate student/junior faculty