of the legislative draftmen employed for the 1950 legislative session, pursuant to chapter 264 of the general laws of 1944, be and the same is hereby fixed at $13.20 per day each;

*Be it further Resolved and so Ordered,* That the salary of legislative draftman Archie M. Haley, be paid out of the contingent fund of the house of representatives in the same manner as the salaries of other employees of the house of representatives are paid, and that the salary of legislative draftman L. C. Franklin, Jr., be paid out of the contingent fund of the senate in the same manner as the salaries of other employees of the senate are paid.

Adopted by the House of Representatives January 4, 1950

Adopted by the Senate January 17, 1950

## CHAPTER 568

### House Concurrent Resolution No. 9

A CONCURRENT RESOLUTION authorizing and directing the secretary of state to furnish a set of the Mississippi code of 1942, and the 1948 supplement thereto, to certain members of the 1948-1952 legislature.

WHEREAS, Several present members of the House of Representatives and the Senate of the State of Mississippi have not received a set of the Mississippi Code of 1942 under Section 7, Chapter 318, Laws of 1942, as amended by Chapter 314, Laws of 1944;

*Therefore, Be it Resolved by the House of Representatives of the State of Mississippi, the Senate concurring therein,* That the Secretary of State is hereby authorized, empowered and directed to furnish and deliver to each present member of the Senate and House of Representatives who has not received a set of said code a set of the Mississippi Code of 1942, and the 1948 supplement thereto.

Adopted by the House of Representatives January 4, 1950

Adopted by the Senate January 12, 1950

## CHAPTER 569

### House Concurrent Resolution No. 10

A CONCURRENT RESOLUTION to amend section 241 of the Mississippi constitution of 1890 so as to provide the qualifications of electors, and amending by providing that the wife of a minister of the gospel legally residing with him shall be qualified to vote after a residence of six months in the election district, or incorporated city or town, if otherwise qualified.

*Be it Resolved by the Legislature of the State of Mississippi, two-thirds of the Senate and House of Representatives agreeing thereto,* That the following amendment to the Constitution of the State of Mississippi be submitted to the qualified voters of the state for ratification or rejection at an election to be held on the first Tuesday after the first Monday in November, A. D., 1950, viz:

Amend section 241 of the constitution of the State of Mississippi, so that it shall read as follows:

Section 241. Every inhabitant of this state, except idiots, insane persons and Indians not taxed, who is a citizen of the United States of America, twenty-one years old and upward, who has resided in this state for two years, and one year in the election district, or in the incorporated city or town in which he offers vote, and who is duly registered as provided in this article, and who has never been convicted of bribery, theft, arson, obtaining money or goods under false pretense, perjury, forgery, embezzlement or bigamy, and who has paid on or before the first day of February of the year in which he shall offer to vote, all poll taxes which may have been legally required of him, and which he has had an opportunity of paying according to law, for the two preceding years, and who shall produce to the officers holding the election satisfactory evidence that he has paid such taxes, is declared to be a qualified elector; but any minister of the gospel in charge of an organized church, or his wife legally residing with him, shall be entitled to vote after six months' residence in the election district, incorporated city or town, if otherwise qualified.

Adopted by the House of Representatives January 26, 1950

Adopted by the Senate February 10, 1950

## CHAPTER 570

### House Concurrent Resolution No. 11

A CONCURRENT RESOLUTION memorializing congress to recognize the integrity of the states by enacting proper legislation to prevent federal liquor licenses from being issued to any inhabitant of any state wherein the sale of intoxicating liquors is prohibited.

Whereas, The State of Mississippi has indicated many times by vote of the electorate that it desires to prohibit the sale of intoxicating liquors; and

Whereas, The State of Mississippi has enacted and now has in effect laws accordingly; and

Whereas, The prohibition statutes are a proper exercise of the powers reserved to the states; and

Whereas, It is the duty of the Federal Government to recognize the integrity of states' rights in the proper exercise of their powers; and

Whereas, The sale of Federal liquor licenses to inhabitants of states wherein the sale of intoxicating liquors is prohibited clearly constitutes a violation of the sanctity of states' rights and impairs the states' efforts to enforce its laws;

*Now, Therefore, Be it Resolved by the House of Representatives of the State of Mississippi, the Senate concurring therein,* That