SAMPLE

# Official Ballot

STATE OF MISSISSIPPI
GENERAL ELECTION
NOVEMBER 7, 1950

**FOR CONGRESSMAN**
(To the 82nd U. S. Congress)
First District
(Vote for One)

JOHN E. RANKIN............( )
GLENN HAYNES..............( )
..........................( )

**FOR CONGRESSMAN**
(To the 82nd U. S. Congress)
Second District
(Vote for One)

JAMIE L. WHITTEN..........( )
..........................( )

**FOR CONGRESSMAN**
(To the 82nd U. S. Congress)
Third District
(Vote for One)

FRANK E. SMITH............( )
NELSON E. TAYLOR..........( )
..........................( )

**FOR CONGRESSMAN**
(To the 82nd U. S. Congress)
Fourth District
(Vote for One)

THOMAS G. ABERNETHY ( )
G. O. DEATON..............( )
..........................( )

**FOR CONGRESSMAN**
(To the 82nd U. S. Congress)
Fifth District
(Vote for One)

ARTHUR WINSTEAD...........( )
J. CLAY ERWIN.............( )
..........................( )

**FOR CONGRESSMAN**
(To the 82nd U. S. Congress)
Sixth District
(Vote for One)

Wm. M. COLMER.............( )
FRANK H. HARPER...........( )
..........................( )

**FOR CONGRESSMAN**
(To the 82nd U. S. Congress)
Seventh District
(Vote for One)

JOHN BELL WILLIAMS........( )
JAMES A. WHITE............( )
..........................( )

**FOR CHANCELLOR**
First District
(Vote for One)

WILLIAM H. INZER..........( )
..........................( )

**FOR CHANCELLOR**
Second District
(Vote for One)

ROY P. NOBLE..............( )
..........................( )

**FOR CHANCELLOR**
Third District
(Vote for One)

HERBERT HOLMES............( )
..........................( )

**FOR CHANCELLOR**
Fourth District
(Vote for One)

R. W. CUTRER..............( )
..........................( )

**FOR CHANCELLOR**
Fifth District
(Vote for One)

V. J. STRICKER............( )
..........................( )

**FOR CHANCELLOR**
Sixth District
(Vote for One)

J. K. GILLIS..............( )
..........................( )

**FOR CHANCELLOR**
Seventh District
(Vote for One)

ROBERT E. JACKSON, SR. ( )
..........................( )

**FOR CHANCELLOR**
Eighth District

**FOR CHANCELLOR**
Ninth District
(Vote for One)

FRANK E. EVERETT..........( )
..........................( )

**FOR CHANCELLOR**
Tenth District
(Vote for One)

LESTER CLARK..............( )
..........................( )

**FOR CHANCELLOR**
Eleventh District
(Vote for One)

C. D. WILLIAMS............( )
..........................( )

**FOR CHANCELLOR**
Twelfth District
(Vote for One)

THOMAS Y. MINNIECE........( )
..........................( )

**FOR CHANCELLOR**
Thirteenth District
(Vote for One)

NEVILLE PATTERSON.........( )
..........................( )

**FOR CHANCELLOR**
Fourteenth District
(Vote for One)

R. P. SUGG................( )
..........................( )

**FOR CHANCELLOR**
Fifteenth District
(Vote for One)

J. P. GUYNES..............( )
..........................( )

**FOR CIRCUIT COURT JUDGE**
First District
(Vote for One)

RAYMOND T. JARVIS.........( )
..........................( )

**FOR CIRCUIT COURT JUDGE**
Second District
(Vote for One)

L. C. CORBAN..............( )
..........................( )

**FOR CIRCUIT COURT JUDGE**
Third District
(Vote for One)

TAYLOR H. McELROY.........( )
..........................( )

**FOR CIRCUIT COURT JUDGE**
Fourth District
(Vote for One)

ARTHUR JORDAN.............( )
..........................( )

**FOR CIRCUIT COURT JUDGE**
Fifth District
(Vote for One)

HENRY LEE RODGERS.........( )
..........................( )

**FOR CIRCUIT COURT JUDGE**
Sixth District
(Vote for One)

JAMES A. TORREY...........( )
..........................( )

**FOR CIRCUIT COURT JUDGE**
Seventh District
(Vote for One)

M. M. McGOWAN.............( )
..........................( )

**FOR CIRCUIT COURT JUDGE**
Eighth District
(Vote for One)

W. E. McINTYRE............( )
..........................( )

**FOR CIRCUIT COURT JUDGE**
Ninth District

R. B. ANDERSON............( )
..........................( )

**FOR CIRCUIT COURT JUDGE**
Tenth District
(Vote for One)

JESSE H. GRAHAM...........( )
..........................( )

**FOR CIRCUIT COURT JUDGE**
Eleventh District
(Vote for One)

ED. H. GREEN..............( )
..........................( )

**FOR CIRCUIT COURT JUDGE**
Twelfth District
(Vote for One)

F. BURKITT COLLINS........( )
..........................( )

**FOR CIRCUIT COURT JUDGE**

**FOR CIRCUIT COURT JUDGE**
Fourteenth District
(Vote for One)

TOM P. BRADY..............( )
..........................( )

**FOR CIRCUIT COURT JUDGE**
Fifteenth District
(Vote for One)

SEBE DALE.................( )
..........................( )

**FOR CIRCUIT COURT JUDGE**
Sixteenth District
(Vote for One)

JOHN D. GREENE, JR........( )
..........................( )

**FOR CIRCUIT COURT JUDGE**
Seventeenth District
(Vote for One)

JOHN M. KUYKENDALL........( )
..........................( )

**FOR COUNTY COURT JUDGE**
(Vote for One)

..........................( )
..........................( )

## Proposed Amendments To Constitution Of State Of Mississippi

**HOUSE CONCURRENT RESOLUTION NO. 10**

A Concurrent resolution to amend Section 241 of the Mississippi Constitution of 1890 so as to provide the qualifications of electors, and amending by providing that the wife of a minister of the gospel legally residing with him shall be qualified to vote after a residence of six months in the election district, or incorporated city or town, if otherwise qualified.

Be it resolved by the Legislature of the State of Mississippi, two-thirds of the Senate and House of Representatives agreeing thereto, that the following amendment to the constitution of the State of Mississippi be submitted to the qualified voters of the state for ratification or rejection at an election to be held on the first Monday in November, A. D., 1950, viz:

Amend section 241 of the constitution of the State of Mississippi, so that it shall read as follows:

Section 241. Every inhabitant of this state, except idiots, insane persons and Indians not taxed, who is a citizen of the United States of America, twenty-one years old and upwards, who has resided in this state for two years, and one year in the election district, or in the incorporated city or town in which he offers vote, and who is duly registered as provided in this article, and who has never been convicted of bribery, theft, arson, obtaining money or goods under false pretense, perjury, forgery, embezzlement or bigamy, and who has paid on or before the first day of February of the year in which he shall offer to vote, all poll taxes which may have been legally required of him, and which he has had an opportunity of paying according to law, for the two preceding years, and who shall produce to the officers holding the election satisfactory evidence that he has paid such taxes, is declared to be a qualified elector; but any minister of the gospel in charge of an organized church, or his wife legally residing with him, shall be entitled to vote after six months' residence in the election district, incorporated city or town, if otherwise qualified.

Adopted by the House of Representatives, January 26, 1950.
Adopted by the Senate, February 10, 1950.

For Amendment..............( )
Against Amendment..........( )

**SENATE CONCURRENT RESOLUTION NO. 24**

A concurrent resolution to amend Section 134 of the Constitution of the State of Mississippi, so as to provide that the State Auditor of Public Accounts may be eligible to immediately succeed himself in office.

Be it resolved by the Legislature of the State of Mississippi, two-thirds of the Senate, and House of Representatives agreeing thereto, That the following amendment to the Constitution of the State of Mississippi be submitted to the qualified electors of the state at an election to be held on the first Monday in November, A. D. 1950, viz:

Amend Section 134 of the Constitution of the State of Mississippi so that it shall read as follows:

Section 134. A state treasurer and an auditor of public accounts shall be elected as herein provided, who shall hold their office for the term of four years, and shall possess the same qualifications as required for the secretary of state, and they shall receive such compensation as may be provided by law. Provided that only the said auditor of public accounts shall be eligible to immediately succeed himself in office.

Adopted by the Senate, March 29, 1950.
Adopted by the House of Representatives, April 7, 1950.

For Amendment..............( )
Against Amendment..........( )

**SENATE CONCURRENT RESOLUTION NO. 10**

A concurrent resolution proposing an amendment to the Constitution of the State of Mississippi increasing the number of Supreme Court Judges to nine.

Resolved by the Legislature of the State of Mississippi, two-thirds of each house agreeing thereto, that the following amendment to the State Constitution be submitted to the qualified electors of the state for ratification or rejection at an election to be held on the first Tuesday, after the first Monday in November, 1950, viz:

Amend the Constitution by adding an additional section thereto which shall read as follows:

The Supreme Court shall consist of nine judges, that is to say, of three judges in addition to the six provided for by section 145A of this Constitution, any five of whom when convened shall constitute a quorum. The additional judges herein provided for shall be selected one for and from each of the supreme court districts in the manner provided by section 145A of this Constitution or any amendment thereto. Their terms of office shall be as provided by section 149 of this Constitution or any amendment thereto.

If, after submission of this amendment to a vote of the qualified electors as provided by Section 273 of this Constitution, it shall appear that a majority of the qualified electors voting shall have voted for this proposed amendment, then it shall be inserted at the next succeeding session of the Legislature, either regular or extraordinary, as a part of the Constitution.

Adopted by the Senate, February 22, 1950.
Adopted by the House of Representatives, March 28, 1950.

For Amendment..............( )
Against Amendment..........( )

---

**DO NOT PRINT ON BALLOT**

**NOTICE TO TICKET COMMISSIONER AND PRINTER**

Your official ballot should show the three proposed constitutional amendments and ONLY the name or names of the Candidates for Congress for your congressional district, Chancellor and Circuit Court Judge of your districts, the County Judge, (if you have a County Judge), of your county.

In case there has been called a special election in your county or district all candidates in the special election should appear on a separate ballot.

**DO NOT PRINT ON BALLOT**

**INSTRUCTIONS**

DO NOT PRINT ON TICKETS SECTION 3263 ARRANGEMENT OF NAMES ON BALLOTS; SAMPLE BALLOTS—The arrangement of the names of the candidates, and the order in which the titles of the various offices shall be printed, and the size, print, and quality of paper of the official ballot is left to the discretion of the officer charged with printing the official ballot, but the arrangement need not be uniform. It is the duty of the Secretary of State with the approval of the Governor, to furnish the designat-

**FOR CONGRESSMAN**
(To the 82nd U. S. Congress)
First District
(Vote for One)

JOHN E. RANKIN ............ ( )

GLENN HAYNES ............. ( )

............................................. ( )

**FOR CONGRESSMAN**
(To the 82nd U. S. Congress)
Second District
(Vote for One)

JAMIE L. WHITTEN .......... ( )

............................................. ( )

**FOR CONGRESSMAN**
(To the 82nd U. S. Congress)
Third District
(Vote for One)

FRANK E. SMITH ............. ( )

NELSON E. TAYLOR ......... ( )

............................................. ( )

**FOR CONGRESSMAN**
(To the 82nd U. S. Congress)
Fourth District
(Vote for One)

THOMAS G. ABERNETHY ( )

G. O. DEATON ................ ( )

............................................. ( )

**FOR CONGRESSMAN**
(To the 82nd U. S. Congress)
Fifth District
(Vote for One)

ARTHUR WINSTEAD ......... ( )

J. CLAY ERWIN .............. ( )

............................................. ( )

**FOR CONGRESSMAN**
(To the 82nd U. S. Congress)
Sixth District
(Vote for One)

Wm. M. COLMER ............. ( )

FRANK H. HARPER .......... ( )

............................................. ( )

**FOR CONGRESSMAN**
(To the 82nd U. S. Congress)
Seventh District
(Vote for One)

JOHN BELL WILLIAMS ..... ( )

JAMES A. WHITE ............. ( )

............................................. ( )

**FOR CHANCELLOR**
First District
(Vote for One)

WILLIAM H. INZER .......... ( )

............................................. ( )

**FOR CHANCELLOR**
Second District
(Vote for One)

ROY P. NOBLE ................ ( )

............................................. ( )

**FOR CHANCELLOR**
Third District
(Vote for One)

HERBERT HOLMES .......... ( )

............................................. ( )

**FOR CHANCELLOR**
Fourth District
(Vote for One)

R. W. CUTRER ................ ( )

............................................. ( )

**FOR CHANCELLOR**
Fifth District
(Vote for One)

V. J. STRICKER ............... ( )

............................................. ( )

**FOR CHANCELLOR**
Sixth District
(Vote for One)

J. K. GILLIS .................... ( )

............................................. ( )

**FOR CHANCELLOR**
Seventh District
(Vote for One)

ROBERT E. JACKSON, SR. ( )

............................................. ( )

**FOR CHANCELLOR**
Eighth District
(Vote for One)

D. M. RUSSELL, SR. ......... ( )

............................................. ( )

**FOR CHANCELLOR**
Tenth District
(Vote for One)

LESTER CLARK ............... ( )

............................................. ( )

**FOR CHANCELLOR**
Eleventh District
(Vote for One)

C. D. WILLIAMS .............. ( )

............................................. ( )

**FOR CHANCELLOR**
Twelfth District
(Vote for One)

THOMAS Y. MINNIECE ..... ( )

............................................. ( )

**FOR CHANCELLOR**
Thirteenth District
(Vote for One)

NEVILLE PATTERSON ...... ( )

............................................. ( )

**FOR CHANCELLOR**
Fourteenth District
(Vote for One)

R. P. SUGG .................... ( )

............................................. ( )

**FOR CHANCELLOR**
Fifteenth District
(Vote for One)

J. P. GUYNES ................. ( )

............................................. ( )

**FOR CIRCUIT COURT JUDGE**
First District
(Vote for One)

RAYMOND T. JARVIS ....... ( )

............................................. ( )

**FOR CIRCUIT COURT JUDGE**
Second District
(Vote for One)

L. C. CORBAN ................ ( )

............................................. ( )

**FOR CIRCUIT COURT JUDGE**
Third District
(Vote for One)

TAYLOR H. McELROY ....... ( )

............................................. ( )

**FOR CIRCUIT COURT JUDGE**
Fourth District
(Vote for One)

ARTHUR JORDAN ............ ( )

............................................. ( )

**FOR CIRCUIT COURT JUDGE**
Fifth District
(Vote for One)

HENRY LEE RODGERS ..... ( )

............................................. ( )

**FOR CIRCUIT COURT JUDGE**
Sixth District
(Vote for One)

JAMES A. TORREY .......... ( )

............................................. ( )

**FOR CIRCUIT COURT JUDGE**
Seventh District
(Vote for One)

M. M. McGOWAN ............. ( )

............................................. ( )

**FOR CIRCUIT COURT JUDGE**
Eighth District
(Vote for One)

W. E. McINTYRE ............. ( )

............................................. ( )

**FOR CIRCUIT COURT JUDGE**
Ninth District
(Vote for One)

R. B. ANDERSON ............. ( )

............................................. ( )

**FOR CIRCUIT COURT JUDGE**
Tenth District
(Vote for One)

JESSE H. GRAHAM .......... ( )

............................................. ( )

**FOR CIRCUIT COURT JUDGE**
Eleventh District
(Vote for One)

ED. H. GREEN ................ ( )

............................................. ( )

**FOR CIRCUIT COURT JUDGE**
Twelfth District
(Vote for One)

F. BURKITT COLLINS ...... ( )

............................................. ( )

**FOR CIRCUIT COURT JUDGE**
Thirteenth District
(Vote for One)

HOMER CURRIE .............. ( )

............................................. ( )

**FOR CIRCUIT COURT JUDGE**
Fourteenth District
(Vote for One)

SEBE DALE .................... ( )

............................................. ( )

**FOR CIRCUIT COURT JUDGE**
Sixteenth District
(Vote for One)

JOHN D. GREENE, JR. ..... ( )

............................................. ( )

**FOR CIRCUIT COURT JUDGE**
Seventeenth District
(Vote for One)

JOHN M. KUYKENDALL ... ( )

............................................. ( )

**FOR COUNTY COURT JUDGE**
(Vote for One)

............................................. ( )

............................................. ( )

## Proposed Amendments To Constitution Of State Of Mississippi

**HOUSE CONCURRENT RESOLUTION NO. 10**

A Concurrent resolution to amend Section 241 of the Mississippi Constitution of 1890 so as to provide the qualifications of electors, and amending by providing that the wife of a minister of the gospel legally residing with him shall be qualified to vote after a residence of six months in the election district, or incorporated city or town, if otherwise qualified.

Be it resolved by the Legislature of the State of Mississippi, two-thirds of the Senate and House of Representatives agreeing thereto, that the following amendment to the constitution of the State of Mississippi be submitted to the qualified voters of the state for ratification or rejection at an election to be held on the first Tuesday after the first Monday in November, A. D., 1950, viz:

Amend section 241 of the constitution of the State of Mississippi, so that it shall read as follows:

Section 241. Every inhabitant of this state, except idiots, insane persons and Indians not taxed, who is a citizen of the United States of America, twenty-one years old and upwards, who has resided in this state for two years, and one year in the election district, or in the incorporated city or town in which he offers vote, and who is duly registered as provided in this article, and who has never been convicted of bribery, theft, arson, obtaining money or goods under false pretense, perjury, forgery, embezzlement or bigamy, and who has paid on or before the first day of February of the year in which he shall offer to vote, all poll taxes which may have been legally required of him, and which he has had an opportunity of paying according to law, for the two preceding years, and who shall produce to the officers holding the election satisfactory evidence that he has paid such taxes, is declared to be a qualified elector; but any minister of the gospel in charge of an organized church, or his wife legally residing with him, shall be entitled to vote after six months' residence in the election district, incorporated city or town, if otherwise qualified.

Adopted by the House of Representatives, January 26, 1950.

Adopted by the Senate, February 10, 1950.

For Amendment .................... ( )

Against Amendment .............. ( )

**SENATE CONCURRENT RESOLUTION NO. 24**

A concurrent resolution to amend Section 134 of the Constitution of the State of Mississippi, so as to provide that the State Auditor of Public Accounts may be eligible to immediately succeed himself in office.

Be it resolved by the Legislature of the State of Mississippi, two-thirds of the Senate, and House of Representatives agreeing thereto, That the following amendment to the Constitution of the State of Mississippi be submitted to the qualified electors of the state for ratification or rejection at an election to be held on the first Tuesday after

Section 134. A state treasurer and an auditor of public accounts shall be elected as herein provided, who shall hold their office for the term of four years, and shall possess the same qualifications as required for the secretary of state, and they shall receive such compensation as may be provided by law. Provided that only the said auditor of public accounts shall be eligible to immediately succeed himself in office.

Adopted by the Senate, March 29, 1950.

Adopted by the House of Representatives, April 7, 1950.

For Amendment .................... ( )

Against Amendment .............. ( )

**SENATE CONCURRENT RESOLUTION NO. 10**

A concurrent resolution proposing an amendment to the Constitution of the State of Mississippi increasing the number of Supreme Court Judges to nine.

Resolved by the Legislature of the State of Mississippi, two-thirds of each house agreeing thereto, that the following amendment to the State Constitution be submitted to the qualified electors of the state for ratification or rejection at an election to be held on the first Tuesday, after the first Monday in November, 1950, viz:

Amend the Constitution by adding an additional section thereto which shall read as follows:

The Supreme Court shall consist of nine judges, that is to say, of three judges in addition to the six provided for by section 145A of this Constitution, any five of whom when convened shall constitute a quorum. The additional judges herein provided for shall be selected one for and from each of the supreme court districts in the manner provided by section 145A of this Constitution or any amendment thereto. Their terms of office shall be as provided by section 149 of this Constitution or any amendment thereto.

If, after submission of this amendment to a vote of the qualified electors as provided by Section 273 of this Constitution, it shall appear that a majority of the qualified electors voting shall have voted for this proposed amendment, then it shall be inserted at the next succeeding session of the Legislature, either regular or extraordinary, as a part of the Constitution.

Adopted by the Senate, February 22, 1950.

Adopted by the House of Representatives, March 28, 1950.

For Amendment .................... ( )

Against Amendment .............. ( )

---

**DO NOT PRINT ON BALLOT**

**NOTICE TO TICKET COMMISSIONER AND PRINTER**

Your official ballot should show the three proposed constitutional amendments and ONLY the name or names of the Candidates for Congress for your congressional district, Chancellor and Circuit Court Judge of your districts, the County Judge, (if you have a County Judge), of your county.

In case there has been called a special election in your county or district all candidates in the special election should appear on a separate ballot.

**DO NOT PRINT ON BALLOT**

**INSTRUCTIONS**

DO NOT PRINT ON TICKETS SECTION 3263 ARRANGEMENT OF NAMES ON BALLOTS; SAMPLE BALLOTS—The arrangement of the names of the candidates, and the order in which the titles of the various offices shall be printed, and the size, print, and quality of paper of the official ballot is left to the discretion of the officer charged with printing the official ballot, but the arrangement need not be uniform. It is the duty of the Secretary of State with the approval of the Governor, to furnish the designated commissioner of each county a sample of the official ballot, the general form of which shall be followed as nearly as practicable.

HEBER LADNER,
Secretary of State