Case 3:17-cv-00791-DPJ-FKB   Document 74-7   Filed 10/04/18   Page 1 of 2

## CHAPTER 613

### HOUSE CONCURRENT RESOLUTION No. 4

A CONCURRENT RESOLUTION providing for a joint session of the Mississippi Legislature to hear a message from Governor Paul B. Johnson.

*Be it Resolved by the House of Representatives of the State of Mississippi, the Senate concurring therein,* That a joint session of the House of Representatives and the Senate of the State of Mississippi be held in the hall of the House of Representatives at 12 o'clock noon on Wednesday, January 10, 1968, for the purpose of hearing a message from Governor Paul B. Johnson.

Adopted by the House of Representatives January 3, 1968.

Adopted by the Senate January 8, 1968.

## CHAPTER 614

### HOUSE CONCURRENT RESOLUTION No. 5

A CONCURRENT RESOLUTION to amend Section 241, Mississippi Constitution of 1890, to provide for one-year residency within the State and County and a six-month residency within the election precinct to be a qualified elector; to delete certain improper parts of the Section; and for related purposes.

*Be it Resolved by the Legislature of the State of Mississippi, two-thirds (2/3) of the Senate and House of Representatives present and voting concurring therein,* That the following amendment to the Constitution of the State of Mississippi be submitted to the qualified electors of the State for ratification or rejection, in an election to be held on the first Tuesday after the first Monday of June, 1968, viz:

Amend Section 241, Mississippi Constitution of 1890, so that it will read as follows:

"241. Every inhabitant of this State, except idiots and insane persons, who is a citizen of the United States of America, twenty-one (21) years old and upwards, who has resided in this State for one (1) year, and for one (1) year in the county in which he offers to vote, and for six (6) months in the election precinct or in the incorporated city or town in which he offers to vote, and who is duly registered as provided in this article, and who has never been convicted of murder, rape, bribery, theft, arson, obtaining money or goods under false pretense, perjury, forgery, embezzlement or bigamy, is declared to be a qualified elector."

*Be it Further Resolved,* That the Secretary of State is hereby directed to file public notice of said election in the manner, form and time, as provided by law and Section 273 of the said Constitution, and said election is hereby called and fixed to be held on the first Tuesday after the first Monday of June, 1968, for the purpose of submitting this and other amendments to the

Constitution to the qualified electors of this State for ratification or rejection; said election to be conducted and held as provided by law.

Adopted by the House of Representatives March 25, 1968.

Adopted by the Senate March 25, 1968.

## CHAPTER 615

### HOUSE CONCURRENT RESOLUTION No. 7

A CONCURRENT RESOLUTION fixing the salaries of the postmistress and mail carrier of the Mississippi Legislature.

*Be it Resolved by the House of Representatives of the State of Mississippi, the Senate concurring therein,* That the salary of the postmistress shall be fixed at Fifteen Dollars ($15.00) per day, and that the salary of the mail carrier shall be Ten Dollars ($10.00) per day, two-thirds (2/3) of which shall be paid from the House Contingent Fund on vouchers signed by the Clerk of the House of Representatives and countersigned by the Speaker of the House of Representatives, and one-third (1/3) of which shall be paid from the Senate Contingent Fund on vouchers signed by the Secretary of the Senate and countersigned by the President of the Senate.

Adopted by the House of Representatives January 8, 1968.

Adopted by the Senate January 8, 1968.

## CHAPTER 616

### HOUSE CONCURRENT RESOLUTION No. 8

A CONCURRENT RESOLUTION authorizing and directing the Secretary of State to furnish a set of the Mississippi Code of 1942 and the 1966 supplement thereto, to certain members of the 1968-1972 Legislature.

WHEREAS, several present members of the House of Representatives and the Senate of the State of Mississippi have not received a set of the Mississippi Code of 1942 under Section 7, Chapter 318, Laws of 1942, as amended by Chapter 314, Laws of 1944:

*Now, therefore, be it resolved by the House of Representatives of the State of Mississippi, the Senate concurring therein,* That the Secretary of State is hereby authorized, empowered and directed to furnish and deliver to each present member of the Senate and House of Representatives who has not received a set of said code, the Mississippi Code of 1942 and the 1966 supplement thereto, and to each present member of the House and Senate who has not received all supplements thereto a set of supplements not already received.

Adopted by the House of Representatives January 8, 1968.

Adopted by the Senate January 8, 1968.