SAMPLE

# OFFICIAL BALLOT

STATE OF MISSISSIPPI

SPECIAL ELECTION

JUNE 4, 1968

PROPOSED AMENDMENTS TO THE CONSTITUTION OF THE STATE OF MISSISSIPPI

---

### HOUSE CONCURRENT RESOLUTION No. 5

A Concurrent Resolution to amend Section 241, Mississippi Constitution of 1890, to provide for one-year residency within the State and County and a six-month residency within the election precinct to be a qualified elector; to delete certain improper parts of the Section; and for related purposes.

Be it Resolved by the Legislature of the State of Mississippi, two-thirds (2/3) of the Senate and House of Representatives present and voting concurring therein, That the following amendment to the Constitution of the State of Mississippi be submitted to the qualified electors of the State for ratification or rejection, in an election to be held on the first Tuesday after the first Monday of June, 1968, viz:

Amend Section 241, Mississippi Constitution of 1890, so that it will read as follows:

"Section 241. Every inhabitant of this State, except idiots and insane persons, who is a citizen of the United States of America, twenty-one (21) years old and upwards, who has resided in this State for one (1) year, and for one (1) year in the county in which he offers to vote, and for six (6) months in the election precinct or in the incorporated city or town in which he offers to vote, and who is duly registered as provided in this article, and who has never been convicted of murder, rape, bribery, theft, arson, obtaining money or goods under false pretense, perjury, forgery, embezzlement or bigamy, is declared to be a qualified elector."

Be it Further Resolved, That the Secretary of State is hereby directed to file public notice of said election in the manner, form and time, as provided by law and Section 273 of the said Constitution, and said election is hereby called and fixed to be held on the first Tuesday after the first Monday of June, 1968, for the purpose of submitting this and other amendments to the Constitution to the qualified electors of this State for ratification or rejection; said election to be conducted and held as provided by law.

ADOPTED BY HOUSE OF REPRESENTATIVES: March 25, 1968.

ADOPTED BY SENATE: March 25, 1968

For the Amendment ................( )

Against the Amendment ...........( )

---

### HOUSE CONCURRENT RESOLUTION No. 36

A Concurrent Resolution to amend Section 36 of the Mississippi Constitution of 1890, so as to provide that the Legislature shall meet in annual limited sessions not to exceed 125 calendar days for the regular 1972 session and every fourth year thereafter and 90 calendar days for all other regular sessions thereafter.

Be it Resolved by the Legislature of the State of Mississippi, two-thirds (2/3) of the House of Representatives and the Senate present and voting concurring therein, That the following amendment to the Constitution of the State of Mississippi be submitted to the qualified electors of the State for ratification or rejection at an election to be held on the first Tuesday after the first Monday of June, 1968:

Amend Section 36 of the Constitution of the State of Mississippi of 1890 so that it will read as follows:

"Section 36. The Legislature shall meet at the seat of government in regular session on the Tuesday after the first Monday of January of the year A.D., 1970, and annually thereafter, unless sooner convened by the Governor; provided, however, that such sessions shall be limited to a period of one hundred twenty-five (125) calendar days for regular 1972 session and every fourth year thereafter, but ninety (90) calendar days for every other regular session thereafter. Provided further that the House of Representatives, by resolution with the Senate concurring therein, and by a two-thirds (2/3) vote of those present and voting in each house, may extend such limited session for a period of thirty (30) days with no limit on the number of extensions to each session."

Be it Further Resolved, That the Secretary of State is hereby directed to give public notice of said election in the manner, form and time as provided by law and Section 273 of said Constitution, and said election is hereby called and fixed to be held on the first Tuesday after the first Monday of June, 1968, for the purpose of submitting this and other amendments to the Constitution to the qualified electors of this State for ratification or rejection; said election to be conducted and held as provided by law for statewide general elections.

ADOPTED BY THE HOUSE OF REPRESENTATIVES
March 26, 1968

ADOPTED BY THE SENATE
April 9, 1968

For the Amendment ................( )

Against the Amendment ...........( )

---

### HOUSE CONCURRENT RESOLUTION No. 71

A Concurrent Resolution proposing an amendment to the Constitution of the State of Mississippi of 1890 so as to provide that the Legislature may authorize the construction, operation and maintenance of facilities incident to the exploration, production or transportation of oil, gas or other minerals, under proper authority, in any of the navigable waters of the State.

Be it Resolved by the Legislature of the State of Mississippi, two-thirds (2/3) of the House of Representatives and the Senate concurring therein, That the following amendment to the Constitution of the State of Mississippi of 1890 be submitted to the qualified electors of the State of Mississippi for ratification or rejection in an election to be held on the first Tuesday of June, A.D., 1968, viz:

Amend Section 81 of the Constitution of the State of Mississippi of 1890 to read as follows:

"Section 81. The Legislature shall never authorize the permanent obstruction of any of the navigable waters of the State, but may provide for the removal of such obstructions as now exist, whenever the public welfare demands. This section shall not prevent the construction, under proper authority, of drawbridges for railroads, or other roads, nor the construction of booms and chutes for logs, nor the construction, operation and maintenance of facilities incident to the exploration, production or transportation of oil, gas or other minerals, nor the construction, operation and maintenance of bridges and causeways in such manner as not to prevent the safe passage of vessels or logs under regulations to be provided by law."

Be It Further Resolved, That the Secretary of State is hereby directed to give the notice of election in the manner and for the time as provided by Section 273 of said Constitution, and a special election is hereby called and fixed to be held on the first Tuesday of June, A.D., 1968, for the purpose of submitting this and other amendments to the Constitution to the qualified electors of this State for approval or rejection; said election to be conducted and held as provided by law for statewide general elections.

ADOPTED BY THE HOUSE OF REPRESENTATIVES

April 4, 1968

ADOPTED BY THE SENATE
April 24, 1968

For the Amendment ................( )

Against the Amendment ...........( )