

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 0 7 1997
NOBLIN, CLERK
BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JARVIOUS COTTON AND
KEITH BROWN                                          PLAINTIFFS

VS.                           CIVIL ACTION NO. 3:96-CV-141BN

KIRK FORDICE, ET AL.                                 DEFENDANTS

<u>ORDER</u>

This cause is before the Court on the Plaintiffs' Objections
to the Report and Recommendation of the United States Magistrate
Judge.  Having considered the Objections, the Report and Recommen-
dation of the United States Magistrate Judge and the court file in
this matter, the Court finds that the Report and Recommendation of
the United States Magistrate Judge should be adopted as the opinion
of this Court, and this matter should be dismissed with prejudice.

The Objections asserted by the Plaintiffs are the same issues
which were raised before the Magistrate Judge in response to the
Defendants' Motion for Summary Judgment.  The Court agrees with the
findings and legal reasoning of the Magistrate Judge and therefore
need not specifically address each of the issues raised by the
Plaintiffs.  It is sufficient to note that pursuant to binding
United States Supreme Court precedent, a state may disenfranchise
certain convicted felons, without disenfranchising others.  <u>See</u>
<u>Richardson v. Ramirez</u>, 418 U.S. 24, 54-56 (1974).  The Court agrees
with the Magistrate Judge that both of the Plaintiffs in this case

should be disenfranchised because of the crimes for which they were convicted, murder and armed robbery, respectively.

The Court further agrees with the conclusion of the Magistrate Judge that Plaintiffs' claims of taxation without representation are simply frivolous and should be dismissed.  See Report and Recommendation of the United States Magistrate Judge at 7.

IT IS THEREFORE ORDERED that the Plaintiffs' Objections to the Report and Recommendation of the United States Magistrate Judge should be and hereby are denied.

IT IS FURTHER ORDERED that the Report and Recommendation of the United States Magistrate Judge is hereby adopted as the opinion of the Court in this case.

A Final Judgment consistent with this Order will be entered on this date.

SO ORDERED this the _____ day of April, 1997.

_____
UNITED STATES DISTRICT JUDGE

ce

2

72A
v. 8/82)