# Matthew Alexander Williams

## Résumé

228-233-6323
mawilliamsdata@gmail.com

### Education
- **Master of Arts** in Political Science, *University of Southern Mississippi*. **May 2010**
  - Department GPA: 3.98 of 4.0.
- **Bachelor of Arts** in Political Science, *University of Southern Mississippi*. **July 2008**, Department GPA: 3.91 of 4.0.

### Experience
**Research Director, Mississippi Low-Income Child Care Initiative**
- **August 2016→ present**
  - Oversee all organizational research projects and policy analysis

**Policy Associate, Mississippi Center for Justice**
- January 2012 – July 2016 → Duties included:
  - Conducting policy analysis, quantitative/qualitative research in the areas of healthcare, housing, consumer protection, education, public benefits, disaster recovery, community development and a range of other issue areas to advance racial and economic justice in Mississippi;
  - Lobbying the state legislature on public benefits policy;
  - Producing research reports, fact sheets, info graphics, policy briefs, maps, survey design/analysis, social media content and blog posts;
  - Presenting on Mississippi policy issues in a variety of settings including testimony at agency and legislative hearings, city council meetings, planning commission meetings, community meetings, conferences, webinars, professional group meetings, youth group meetings and more;
  - Communicating complex policy issues to local, state and national media outlets;
  - Providing technical assistance to a range of community partners;
  - Maintaining and building relationships with national policy research partners

**Coordinator, University of Southern Mississippi Gulf Coast Writing and Speaking Center**
- January 2011- December 2011 → Supervise a staff of eight tutors and oversee daily operations of learning centers

**Research Associate, University of Southern Mississippi, Center for Policy and Resilience**
- July 2010-December 2011, Mississippi Institutes of Higher Learning University Research Consortium Economic Impact Assessment Team for the Deepwater Horizon Oil Spill → Researcher/co-author for a research study funded by the state of Mississippi to assess the economic impact of the BP Oil Spill disaster

**Adjunct Instructor of Political Science, University of Southern Mississippi Gulf Coast**
- PS 101 (American Government), May 2010-May 2012

**Graduate Research Assistant, University of Southern Mississippi**
- Fall 2008-Spring 2010 → Conducted daily research, analysis and writing for book projects, research grants, and other academic or professional projects; Performed extensive editing of encyclopedic/academic articles, professional correspondence, book chapters and books; Participated in numerous community activities; Managed logistics for various projects including *America's War on Terror: A Reader, 2nd Edition (Aldershot, UK: Ashgate, 2009);* Organized or Co-organized numerous events and conferences

**Graduate Teaching Assistant, University of Southern Mississippi**
- Fall 2008-Spring 2010 → PS 491 National Security Post 9/11 (Primary Instructor, Spring 2010); PS 101 American Government (Fall 2009); PS 491 National Security (Spring 2009); PS 101 (Spring 2009); PS 457 Human Rights (Fall 2008)

**Assistant Editor**
- *White House Studies* (journal)*,* Nova Science Publishing
- "Special Edition: Returning to Katrina: Bringing Research Back to the Community" *Global Horizons: The Journal of the Center for Policy and Resilience,* Volume 4 Issue 1 (Spring 2011)
- *Coastlines Literary Journal,* University of Southern Mississippi Gulf Coast, Volume 1 Issue 1 (Sep 2011)

**Contributing Editor**
- (Credited) *Political Handbook of the World 2012* (Los Angeles: CQ Press, 2012) (Editor: Tom Lansford)

**Editorial Assistant**

# Matthew Alexander Williams

- (Credited): "Special Edition: Ghosts of Katrina," *Global Horizons: The Journal of the Center for Policy and Resilience,* Volume 3 Issue 1 (Spring 2010), University of Southern Mississippi
- Tom Lansford, Jack Covarrubias, Justin Miller and Brian Carriere, *Fostering Resilience* (Aldershot, UK: Ashgate, 2011)
- (Acknowledged):  Robert J. Pauly, Jr., ed., *A Research Companion to American Foreign Policy* (Aldershot, UK: Ashgate, 2009)
- Tom Lansford, Robert P. Watson, and Jack Covarrubias, eds.  *America's War on Terror: A Reader, 2nd Edition* (Aldershot, UK: Ashgate, 2009)
- (Credited): "Globalization Focus," *Global Horizons: The Journal of the Center for Policy and Resilience,* Volume 2, Issue 1 (Fall 2008), University of Southern Mississippi

**Selected Academic Publications**

- "President Obama's Handling of the Gulf Oil Spill: Leadership and Accountability," with Brian Richard in Tom Lansford, Robert P. Watson, Doug Brattebo and Jack Covarrubias, eds., *The Obama Presidency: A Preliminary Assessment,* (Syracuse, New York: SUNY Press, 2012)
-  "Rebalancing America's War on Terror: President Obama," with Jack Covarrubias in, Tom Lansford, Robert P. Watson, and Jack Covarrubias, eds. *America's War on Terror: A Reader, Second Edition* (Aldershot, UK: Ashgate, 2009)
- "The Indian Removal Act and Colonial Suppression," *America In World History, Volume 2*, *America in the Age of Nation Building: 1776-1898,* with Jack Covarrubias (Armonk, New York: M.E. Sharpe, 2009)
- "The Suez Canal Crisis and the Rise of Arab Nationalism" *America in World History, Volume 3*, *Rise to Global Power: 1898-1965,* with Jack Covarrubias (Armonk, New York: M.E. Sharpe, 2009)
- "Tiananmen Square," *America in World History, Volume 4*, *Challenges to Globalization: 1965 to the Present,* with Jack Covarrubias (Armonk, New York: M.E. Sharpe, 2009)
- "Confronting the Homeland Security Dilemma: the Implications of Obama's U.S. Security Merger on Community Resilience" (with Justin Miller) in, *Global Horizons: The Journal of the Center for Policy and Resilience,* Volume 3 Issue 1 (Spring 2010)

**Note: A number of Mississippi-specific policy reports analyzing issues such as Medicaid expansion, affordable housing, school discipline, for-profit colleges, workforce development and SNAP and TANF policies authored or co-authored by Matt Williams for the Mississippi Center for Justice and partner organizations can be accessed at** www.mschildcare.org **and** **www.mscenterforjustice.org** **or made available upon request.**

## Media and Communication

Matt's work has been covered by numerous media outlets, including the Think Progress, The Nation, Mother Jones, Associated Press, The Clarion Ledger, Jackson Free Press, Mississippi Public Broadcasting, The Sun Herald, WLOX, WXXV, and others.

*Recent Press Clips*

"Welfare Reform Is 20 Years Old and It's Worse Than You Can Imagine" *Mother Jones,* http://www.motherjones.com/politics/2016/08/welfare-reform-20-years-old-and-its-worse-you-can-imagine/

"Mississippi is rejecting nearly all of the poor people who apply for welfare,
And the state won't explain why," *Think Progress,* https://thinkprogress.org/mississippi-reject-welfare-applicants-57701ca3fb13/

"A Cruel New Bill Is About to Become Law in Mississippi," *The Nation,* https://www.thenation.com/article/a-cruel-new-bill-is-about-to-become-law-in-mississippi/

"Mississippi State Leaders thought Welfare Recipients were on Drugs" *Hotty Toddy,* http://hottytoddy.com/2015/06/02/rethink-mississippi-state-leaders-thought-welfare-recipients-were-on-drugs/

"SNAP Benefits to Expire" *The Mississippi Link,* http://themississippilink.com/2016/01/28/snap-benefits-to-expire/

# Matthew Alexander Williams

"SNAP Work Requirements Could cut aid to thousands" *Jackson Free Press,*
http://www.jacksonfreepress.com/news/2016/jan/25/snap-work-requirements-could-cut-aid-thousands/

"State Prepares for 50,000 to Lose Food Stamps" *Clarion Ledger,*
http://www.clarionledger.com/story/news/2016/04/09/lose-food-stamps-waiver-mississippi-stewpot/82076472/

"Bryant Extends SNAP Requirements, Thousands at Risk" *The Student Printz,*
http://www.studentprintz.com/bryant-extends-snap-requirements-thousands-at-risk/

"SNAP Work Requirements Could Cut Off Aid to Thousands," *The Sun Herald,*
http://www.sunherald.com/news/article56326295.html

"About 25% of SNAP Recipients in South Mississippi About to Lose Benefits", *The Sun Herald,*
http://www.sunherald.com/news/article70963872.html

"Governor Bryant Won't Grant Waiver from SNAP Work Rule," *The Sun Herald,*
http://www.sunherald.com/news/politics-government/article56964433.html

"Food Stamp Cutoff Concerns Advocates for poor" *The Washington Times,*
http://www.washingtontimes.com/news/2016/jan/30/food-stamp-cutoff-concerns-advocates-for-poor-in-m/

Television Interview: "Thousands Face losing SNAP Benefits", *WXXV,*
http://www.wxxv25.com/2016/02/01/thousands-face-losing-snap-benefits/

Television Interview: "Katrina Event Highlights those who have not yet recovered from the storm", *WLOX,*
http://www.wlox.com/story/29870354/katrina-event-highlights-those-who-have-not-yet-recovered-from-the-storm

Radio Interview: "Advocacy Group Launches Housing Discrimination Project," *Mississippi Public Broadcasting,*
http://www.mpbonline.org/blogs/news/2014/02/13/advocacy-group-launches-housing-discrimination-project/

Radio Interview about release of Report: "Falling Prey on the Home Front: GI Bill Spending at For-Profit Colleges in Mississippi", *Mississippi Public Broadcasting,* http://www.mpbonline.org/blogs/mississippiedition/wednesday-11132013/

***Published Blogs***
"To Rebuild After a Storm, Focus on Building Assets Before it Hits" *Rethink Mississippi (October 2015), http://www.rethinkms.org/author/mattwilliams/*

"Mississippi's Leaders thought welfare recipients were on drugs. They were wrong." *Rethink Mississippi (May 2015), http://www.rethinkms.org/author/mattwilliams/*

"Medicaid Expansion is a Prescription that Mississippi Needs to Fill" *Rethink Mississippi (July 2014), http://www.rethinkms.org/author/mattwilliams/*

"Breaking the Cycle: Education must become Mississippi's top economic development priority" *Rethink Mississippi* (April 2014), http://www.rethinkms.org/author/mattwilliams/

"State of Stagnation: Mississippians born at the bottom are likely to stay at the bottom" *Rethink Mississippi* (April 2014), http://www.rethinkms.org/author/mattwilliams/

"Slicing the Pie: Mississippi's economy puts the few ahead of the many" *Rethink Mississippi* (April 2014), http://www.rethinkms.org/author/mattwilliams/