IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ROY HARNESS and
KAMAL KARRIEM

      Plaintiffs

v.                                      Civil Action No. 3:17-cv-791-DPJ-FKB

DELBERT HOSEMANN, Secretary of State
of Mississippi,

      Defendant

VERIFICATION OF ROY HARNESS REGARDING
PLAINTIFFS' DISCOVERY RESPONSES OF JULY 11, 2018

    I hereby verify that the information contained in Interrogatory Responses 6, 7, and 8 of the Plaintiffs' discovery responses dated July 11, 2018 is accurate as it pertains to me. The remaining information in the discovery responses was provided by my attorneys.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on September ____, 2018.

                                                            _____
                                                            ROY HARNESS

CERTIFICATE OF SERVICE

I certify that the foregoing has been delivered by email to Justin Matheny, counsel for the Defendant, on or about September 27, 2018.

s/ Robert B. McDuff
Co-Counsel for Plaintiffs