IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ROY HARNESS and
KAMAL KARRIEM

    Plaintiffs

v.                            Civil Action No. 3:17-cv-791-DPJ-FKB

DELBERT HOSEMANN, Secretary of State
of Mississippi,

    Defendant

VERIFICATION OF KAMAL KARRIEM REGARDING
PLAINTIFFS' DISCOVERY RESPONSES OF JULY 11, 2018

I hereby verify that the information contained in Interrogatory Responses 6, 7, and 8 of the Plaintiffs' discovery responses dated July 11, 2018 is accurate as it pertains to me. The remaining information in the discovery responses was provided by my attorneys.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 30, 2018.

                                                            /s/ Kamal Karriem
                                                            KAMAL KARRIEM

## CERTIFICATE OF SERVICE

I certify that the foregoing has been delivered by email to Justin Matheny, counsel for the Defendant, on or about October 3, 2018.

s/ Robert B. McDuff
Co-Counsel for Plaintiffs
