IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ROY HARNESS and
KAMAL KARRIEM

      Plaintiffs

v.                                    Civil Action No. 3:17-cv-791-DPJ-FKB

DELBERT HOSEMANN, Secretary of State
of Mississippi,

      Defendant

## NOTICE OF APPEAL

Plaintiffs Roy Harness and Kamal Karriem hereby notice their appeal to the United States Court of Appeals for the Fifth Circuit from the August 7, 2019 judgment [doc. 92] of the district court in favor of the Defendant.

August 28, 2019

                                        Respectfully submitted,

| | |
|---|---|
| BETH L. ORLANSKY, MSB# 3938<br>JEREMY EISLER, MSB# 5493<br>MISSISSIPPI CENTER FOR JUSTICE<br>P.O. Box 1023<br>Jackson, MS 39205-1023<br>(601) 352-2269<br>borlansky@mscenterforjustice.org<br>jeisler@mscenterforjustice.org<br><br>DAVID M. LIPMAN<br>THE LIPMAN LAW FIRM<br>5915 Ponce de Leon Blvd.<br>Suite 44<br>Coral Gables, Florida 33146<br>(305) 662-2600<br>dmlipman@aol.com<br><br>FRED L. BANKS JR, MSB# 1733<br>PHELPS DUNBAR<br>P.O. Box 16114<br>Jackson, MS 39236-6114<br>(601) 352-2300<br>fred.banks@phelps.com | *s/ Robert B. McDuff*<br>ROBERT B. MCDUFF, MSB 2532<br>767 North Congress Street<br>Jackson, MS 39202<br>(601) 969-0802<br>rbm@mcdufflaw.com<br><br>ARMAND DERFNER<br>DERFNER & ALTMAN<br>575 King Street, Suite B<br>Charleston, SC  29403<br>(804) 723-9804<br>aderfner@derfneraltman.com<br>*PHV application to be filed*<br><br>*Counsel for Plaintiffs-Appellants* |

2

## **CERTIFICATE OF SERVICE**

I, Robert B. McDuff, hereby certify that on August 28, 2019 I electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of such filing to all counsel of record.

s/Robert B. McDuff