# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

June 30, 2023

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

    Re: Roy Harness, et al.
       v. Michael Watson, Mississippi Secretary of State
       No. 22-412
       (Your No. 19-60632)

Dear Clerk:

    The Court today entered the following order in the above-entitled case:

    The petition for a writ of certiorari is denied. Justice Jackson, with whom Justice Sotomayor joins, dissenting from the denial of certiorari.

                Sincerely,

                **Scott S. Harris**, Clerk



U.S. COURT OF APPEALS
RECEIVED
JUN 30 2023
FIFTH CIRCUIT