# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

July 03, 2023

Mr. Arthur S. Johnston III
Southern District of Mississippi, Jackson
United States District Court
501 E. Court Street
Suite 2.500
Jackson, MS 39201

    No. 19-60632   Harness v. Watson
                           USDC No. 3:17-CV-791

Dear Mr. Johnston,

We have received the Supreme Court order denying certiorari. We previously sent you the judgment issued as mandate.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Allison G. Lopez, Deputy Clerk
                            504-310-7702